UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MALLOY,**<br>2338 Harrison Avenue<br>Ft. Worth, Texas 76110<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ALPHONSO R. JACKSON,**<br>Secretary Of Housing And Urban<br>Development,<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410<br><br>　　　　　　**Defendant.** | Civil Action No. 05-1117 (JDB)<br>Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JANE M. LYONS, D.C. Bar #451737
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4822
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7161

　　　　　　　　　　　　　　　　　　Dated: July 18, 2005

　　　　　　　　　　　　　　　　　　Annette L. Dennis
　　　　　　　　　　　　　　　　　　Paralegal Assistant