UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>  The United States Department of Housing )<br>  And Urban Development, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

    The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. The defendant requests that the deadline for responding to this complaint be extended by one month, from August 8, 2005 to September 8, 2005. This is the defendant's first request for an extension to respond to the Complaint in this matter. Plaintiff, through his counsel, has graciously consented to this extension. The grounds for this motion are set forth below.

    This case involves allegations that defendant discriminated against plaintiff based on his national origin (Native American) in connection with his employment at as an Assistant Special Agent in Charge of a regional office for HUD's Office of Inspector General in Fort Worth, Texas. Plaintiff also complains that defendant unlawfully retaliated against him and ultimately constructively discharged him in January, 2003. Plaintiff's complaint contains 98 paragraphs covering 25 pages of text.

Defendant's counsel has been in contact with the agency to confer regarding the response to this complaint and has received an extensive administrative file concerning the investigation of plaintiff's allegations. Review and analysis of that material and careful examination of the lengthy complaint is required in order for a response to be filed on behalf of defendant. Undersigned counsel has not been able to complete all necessary analysis and work on a response due to the press of business in a number of other active matters which have required substantial attention during the last several weeks. In addition, the Assistant United States Attorney with primary responsibility for this matter will be out of the office on previously-scheduled leave for the last two weeks of August.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including September 8, 2005. A draft order consistent with the relief sought herein is attached.

Dated: August 8, 2005.

Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


 /s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161