UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>  The United States Department of Housing )<br>  And Urban Development, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of defendant's first consent motion for an enlargement of time to respond to the Complaint in this matter, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including September 8, 2005 to respond to the complaint.

_____                    _____
Date                                                                          ROYCE C. LAMBERTH
                                                                                     United States District Judge


Copies to Counsel of Record Through ECF