UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>ALPHONSO R. JACKSON, Secretary of )<br> The United States Department of Housing )<br> And Urban Development, )<br> )<br> Defendant. )<br>_____) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

## DEFENDANT'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME

The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. The defendant requests that the deadline for responding to this complaint be extended from September 8, 2005 until September 29, 2005. This is the defendant's second request for an extension of this initial response period. The Court previously granted an extension of one month to accommodate, among other things, vacation schedules of defense counsel. Plaintiff, through his counsel, has graciously consented to this extension, and counsel have agreed that, if requested, defendant will extend reciprocal courtesy for similar extensions to plaintiff. The grounds for this motion are set forth below.

As set forth in defendant's previous motion, this case involves allegations that defendant discriminated against plaintiff based on his national origin (Native American) in connection with his employment at as an Assistant Special Agent in Charge of a regional office for HUD's Office of Inspector General in Fort Worth, Texas. Plaintiff also complains that defendant unlawfully

retaliated against him and ultimately constructively discharged him in January, 2003. Plaintiff's detailed complaint contains 98 paragraphs spanning 25 pages of text.

During the previous extension, defendant's counsel has continued to consult with personnel at the agency regarding the response to this complaint and has begun reviewing an extensive investigative file of plaintiff's allegations. Review and analysis of that material and careful examination of the lengthy complaint is required in order for a response to be filed on behalf of defendant. Undersigned counsel has not yet been able to complete all necessary analysis and complete a response due to the press of business in a number of other active matters, including a brief due in the D.C. Circuit on September 9, 2005 in <u>Tripoli Rocketry Ass'n, Inc. v. ATF</u>, No. 04-5453. Barring any currently unforeseen circumstances, defendant does not anticipate requesting any additional extensions of this particular deadline.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including September 29, 2005. A draft order consistent with the relief sought herein is attached.

Dated: September 8, 2005.

                                          Respectfully submitted,

                                          /s/_____
                                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                          United States Attorney

                                          /s/_____
                                          R. CRAIG LAWRENCE, D.C. BAR # 171538
                                          Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C. 20530
(202) 514-7161
