UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MALLOY,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | Civil Action No. 05-1117 (RCL) |
| ) | |
| **ALPHONSO R. JACKSON, Secretary of** ) | |
|   The United States Department of ) | |
|   Housing and Urban Development, ) | |
| ) | |
|    **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of defendant's second consent motion [5] for an enlargement of time to respond to the complaint in this matter, and for good cause shown, it is hereby

ORDERED that defendant's motion [5] is GRANTED, and it is further

ORDERED that defendant shall have through and including September 29, 2005 to respond to the complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 12, 2005.