## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|                                                        |     |                                    |
|--------------------------------------------------------|-----|------------------------------------|
| **JAMES MALLOY,**                                      | )   |                                    |
|                                                        | )   |                                    |
| **Plaintiff,**                                         | )   |                                    |
|                                                        | )   |                                    |
| **v.**                                                 | )   | **Civil Action No. 05-1117 (RCL)** |
|                                                        | )   |                                    |
| **ALPHONSO R. JACKSON, Secretary**                     | )   |                                    |
| **of the U.S. Department of Housing**                  | )   |                                    |
| **and Urban Development**                              | )   |                                    |
|                                                        | )   |                                    |
| **Defendant.**                                         | )   |                                    |
_____)

### <u>ORDER</u>

Defendant Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on September 30, 2005.