UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )  Civil Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PROPOSED ORDER**[1]

Upon consideration of the parties' Joint Report To The Court, and the entire record in this matter; it is hereby:

ORDERED that initial disclosures shall be made no later than thirty days from the issuance of the Initial Scheduling Order.

[ORDERED that the parties shall provide home addresses and telephone numbers of persons identified in their respective disclosures and copies of all documents identified in disclosures, not already in the opposing party's possession.]

[ORDERED that home addresses and telephone numbers for witnesses shall not be required in the initial disclosures and that any witnesses Plaintiff deposes shall be permitted to withhold home address and telephone number information if they consent to having the U.S. Attorney's Office or agency counsel accept service of a trial subpoena on their behalf.]

---

[1] Those sections of this Proposed Order which appear in brackets ("[]") have been proposed by one party, but not agreed to by the other party. Sections which do not appear in brackets have been agreed upon.

ORDERED that discovery shall commence on January 1, 2006, and end on June 1, 2006.

ORDERED that Counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case.

ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P., and Local Civil Rules 26.2, 30.1, and 30.4 shall be in effect, absent agreement of the parties and/or leave of Court.

ORDERED that expert designations and disclosures, if any, shall be made in accordance with Fed. R. Civ. P. Rule 26(a)(2) [as follows:]

[    Plaintiff:          March 8, 2006    ]

[    Defendant:          April 28, 2006   ]

If experts are designated, they shall be deposed at mutually agreeable dates and times after disclosures are made and at any time up to 30 days before trial.

ORDERED that dispositive motions, if any, shall be filed on or before July 1, 2006 [July 14, 2006]; oppositions to dispositive motions shall be filed on August 1, 2006 [August 18, 2006]; and replies, if any, shall be filed on August 15, 2006 [September 11, 2006].

ORDERED that if the parties wish to have this case referred for Alternative Dispute Resolution, they shall so advise the Court.

FURTHER ORDERED that the parties shall appear for a status conference before the undersigned on June \_\_\_\_, 2006 at _____ \_.m.

SO ORDERED this \_\_\_\_ day of _____, 2005.

_____
United States District Judge