UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES MALLOY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | Civil Action No. 05-1117 (RCL) |
| Secretary of The United States | ) | |
| Department of Housing and Urban | ) | |
| Development, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' Joint Report [9] to the Court and the entire record in this matter, is it hereby

ORDERED that initial disclosures shall be made no later than ten (10) days from the issuance of a Privacy Act protective order, which the parties shall endeavor to agree upon. Absent agreement, each side's proposed order shall be filed no later than twenty (20) days from this date. It is hereby

FURTHER ORDERED that the parties shall provide home addresses and telephone numbers of persons identified in their respective disclosures and copies of all documents identified in disclosures, not already in the opposing party's possession, subject to the Privacy Act protective order. It is hereby

FURTHER ORDERED that discovery shall commence on January 1, 2006, and end on June 1, 2006. It is hereby

FURTHER ORDERED that Counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case. It is hereby

FURTHER ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P., and Local Civil Rules 26.2, 30.1 and 30.4 shall be in effect, absent agreement of the parties and/or leave of Court. It is hereby

FURTHER ORDERED that expert designations and disclosures, if any, shall be made in accordance with Fed. R. Civ. P. 26(a)(2):

    By Plaintiff:    March 8, 2006

    By Defendant:    April 28, 2006

If experts are designated, they shall be deposed at mutually agreeable dates and times after disclosures are made and at any time up to 30 days before trial. It is hereby

FURTHER ORDERED that dispositive motions, if any, shall be filed on or before July 1, 2006; oppositions to dispositive motions shall be filed by August 1, 2006; and replies, if any, shall be filed on August 15, 2006. It is hereby

FURTHER ORDERED that if the parties wish to have this case referred for Alternative Dispute Resolution, they shall so advise the Court. It is hereby

FURTHER ORDERED that the parties shall appear for a status conference after disposition of any dispositive motions, at which time the Court will set dates for pretrial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 25, 2005.