UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MALLOY,                          )
                                       )
        Plaintiff,                     )
                                       )
             v.                        )     Civ. Action No. 05-1117 (RCL)
                                       )
ALPHONSO R. JACKSON,                   )
   Secretary Of Housing And            )
   Urban Development,                   )
                                       )
        Defendant.                     )
_____)


**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of October 25, 2005, and extend the discovery deadline by four months, at which point the parties will present a joint proposed schedule for dispositive motions.

The grounds in support of this Motion are as follows:

1.) The Court's Scheduling Order was issued after the parties' joint rule 16 Report on October 25, 2005. It provides for discovery to be concluded by June 1, 2006, and for briefing on dispositive motions to open on July 1, 2006.

2.) The parties have been worked diligently through the discovery process and are now working cooperatively before elevating any potential disputes to the Court. Due to the number of employment actions at issue either as separate claims or as background evidence, the process of written discovery has taken the parties longer than anticipated.

3.)  The parties are now preparing to begin depositions.  Many of the deponents in this case neither reside nor work in the District of Columbia, which will necessitate travel either by them or counsel. Either way, counsel for the parties anticipate that due to the need to coordinate schedules, taking depositions will consume more time than remains in the presently scheduled discovery period.

4.)  In light of this matter, as well as the caseloads of both parties' counsel, the parties join in moving the Court to extend the discovery period until October 2, 2006.

5.)  In addition, the present schedules of the parties' counsel are exceptionally heavy in the period immediately following the requested close of discovery.  Accordingly, the parties respectfully submit that the most efficient means of proceeding would be for them to jointly propose a dispositive motions schedule on October 16, 2006, rather than setting a fixed schedule now.

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline by four months, at which point the parties will present a joint proposed schedule for dispositive motions.

Respectfully submitted,

_____    _____/s/_____
Robert C. Seldon, Esq.          Kenneth L. Wainstein
 D.C. Bar No. 245100          D.C. Bar No. 451058
Molly E. Buie, Esq.            United States Attorney
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305     _____/s/_____
Washington, D.C.  20004       Rudolph Contreras
Phone (202) 955-6968        Assistant United States Attorney


Counsel For Plaintiff

               _____//s//_____
               Jane M. Lyons
                 D.C. Bar No. 451737
               Assistant United States Attorney
               555 Fourth Street, N.W.
               Washington, D.C.  20530
               Phone (202) 514-7161

               Counsel For Defendant