UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
|     Plaintiff, | ) |
|         v. | ) Civ. Action No. 05-1117 (RCL) |
| ALPHONSO R. JACKSON,<br>  Secretary Of Housing And<br>  Urban Development, | ) |
|     Defendant. | ) |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Scheduling Order issued by the Court on October 25, 2005, is hereby amended.

ORDERED that discovery in this case shall conclude on October 2, 2006.

ORDERED that the parties shall jointly propose a schedule for briefing dispositive motions on October 16, 2006..

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Judge