UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MALLOY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALPHONSO R. JACKSON, Secretary of** )<br>The United States Department of )<br>Housing and Urban Development )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1117 (RCL) |

### ORDER

Upon consideration of the parties' Joint Motion [13] to Amend Scheduling Order and the entire record in this matter, it is hereby

ORDERED that the parties' Joint Motion [13] is GRANTED; it is further

ORDERED that the Scheduling Order issued by the Court on October 25, 2005 is hereby amended as follows:

Discovery in this case shall conclude on October 2, 2006;

The parties shall jointly propose a schedule for briefing dispositive motion on October 16, 2006.

In all other respects, the Scheduling Order issued by the Court on October 25, 2005 remains unchanged.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 27, 2006.