```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **JAMES MALLOY,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        v. | )  Civ. Action No. 05-1117 (RCL) |
| | ) |
| **ALPHONSO R. JACKSON,** | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Leave to File Amended Complaint, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED.

FURTHER ORDERED that plaintiff is granted leave to file the Amended Complaint lodged with Plaintiff's Motion.

Dated this _____ day of _____, 2006.


_____
United States District Judge