UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MALLOY,** | ) |
|     **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 05-1117 (RCL) |
| **ALPHONSO R. JACKSON,** | ) |
|   Secretary, U.S. Department | ) |
|   of Housing and Urban Development, | ) |
|     **Defendant.** | ) |

## ORDER

Upon consideration of plaintiff's consent motion [15] for leave to file amended complaint and the entire record in this matter, it is hereby

ORDERED that plaintiff's motion [15] be, and the same hereby is, GRANTED, and it is further

ORDERED that plaintiff is granted leave to file the amended complaint lodged with plaintiff's motion.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 25, 2006.