UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1117 (RCL) |
| ALPHONSO R. JACKSON, | ) |
|     Defendant. | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of April 27, 2006, and extend the discovery deadline by four months, at which point the parties will present a joint proposed schedule for dispositive motions, if any, and have a greater opportunity to explore whether this case can be resolved through any form of alternative dispute resolution.

The grounds in support of this Motion are as follows:

1.) The current Scheduling Order provides for discovery to be concluded by October 2, 2006. The parties have completed an initial round of written discovery and depositions of several witnesses. Counsel for the parties have conferred regarding the remaining discovery yet to be completed and a realistic schedule for accomplishing it. Plaintiff has identified five more depositions and defendant is considering taking up to three more depositions, and some of the deponents are located outside the Washington, D.C. area. Completion of these depositions presents some scheduling difficulties

1

because counsel for plaintiff is currently scheduled for trial in November, 2006 and counsel for defendant is currently scheduled for a two-week trial in December, 2006. Both counsel anticipate that preparation and completion of those trials will consume more than three full weeks of their time, and with the intervening holidays and other matters already scheduled in both months in other cases, they do not expect to be able to accomplish much discovery in this case during that period.

    2.) The parties have worked cooperatively through the discovery process to date and they expect to continue to do so as the case progresses. However, due to the number of employment actions at issue either as separate claims or as background evidence, the process of written discovery has taken the parties longer than anticipated.

    3.) Due to the need to coordinate schedules, taking depositions will consume more time than remains in the presently scheduled discovery period.

    4.) In light of this matter, as well as the caseloads of both parties' counsel, the parties join in moving the Court to extend the discovery period until February 2, 2007.

    5.) In addition, the parties respectfully submit that the most efficient means of proceeding would be for them to jointly propose a plan for further proceedings, including a schedule for any dispositive motions to be filed, in a status report filed no later than February 16, 2007, rather than setting a fixed schedule now. After discovery is completed, counsel for the parties would like an opportunity to

discuss how to proceed, including whether a period of time for pursuing a form of alternative dispute resolution might be useful.

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline by four months, at which point the parties will present a joint proposed schedule for further proceedings, including, if appropriate, a schedule for briefing any dispositive motions.

Respectfully submitted,

/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
Phone (202) 955-6968

Counsel For Plaintiff

_____
Jeffrey A. Taylor
 D.C. Bar No. 498610
United States Attorney

_____
Rudolph Contreras, D.C. Bar 434122
Assistant United States Attorney

/s/_____
Jane M. Lyons
  D.C. Bar No. 451737
Assistant United States Attorney
555 Fourth Street, N.W.–Rm E4822
Washington, D.C.  20530
Phone (202) 514-7161

Counsel For Defendant