UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ALPHONSO R. JACKSON,<br>   Secretary of The United States<br>   Department of Housing and Urban<br>   Development, | ) Civil Action No. 05-1117 (RCL) |
|     Defendant. | ) |

### ORDER

Upon consideration of the parties' Joint Motion [19] to Amend Scheduling Order, and the entire record in this matter, it is hereby

ORDERED that the Scheduling Order [14] issued by the Court on May 3, 2006, is hereby amended; it is further

ORDERED that discovery in this case shall conclude on February 2, 2007; it is further

ORDERED that the parties shall jointly propose a schedule for further proceedings or briefing dispositive motions on February 16, 2007; and it is further

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 23, 2006.