UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES MALLOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1117 (RCL) |
| | ) | Electronic Case Filing |
| ALPHONSO R. JACKSON, Secretary of | ) | |
| The United States Department of Housing | ) | |
| And Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to complete discovery by slightly over one month. Specifically, the defendant requests that the deadline for completing all discovery be extended from February 2, 2007 until March 9, 2007. Barring unforseen circumstances, this will be the final request for additional time to complete discovery. Plaintiff, through his counsel, has graciously consented to this extension. The grounds for this motion are set forth below.

The parties have completed all but three depositions in discovery. Although undersigned counsel had arranged with plaintiff's counsel for the remaining depositions to be completed on January 23-24, 2007 prior to the year-end holidays, an unfortunate mis-communication between undersigned counsel and one of the witnesses necessitated re-scheduling that deposition. For convenience of both parties, especially plaintiff who lives in Texas and will be traveling to the

District of Columbia for his deposition, counsel prefer to finish the remaining depositions on consecutive days.  In addition, one of the agency's witnesses has retired and is living in Georgia, so counsel for the parties also need to travel for his deposition.  Because both counsel for the parties are very busy with other cases during these few weeks, including undersigned counsel who is currently scheduled for a two-week trial beginning on February 20, 2007 in Desmond v. Gonzales, Civil Action No. 03-1729 (CKK), counsel were unable to find appropriate, mutually-convenient dates until March 5-6, 2007.  These are the first available dates meeting all of the scheduling needs of the parties and their counsel.  The witnesses have all been notified of the dates and agreed to them, and counsel are in the process of making travel arrangements for one of the depositions.

   This case involves allegations that defendant discriminated against plaintiff based on his national origin (Native American) in connection with his employment as an Assistant Special Agent in Charge of a regional office for HUD's Office of Inspector General in Fort Worth, Texas.  Plaintiff also complains that defendant unlawfully retaliated against him and ultimately constructively discharged him in January, 2003.  Plaintiff's detailed amended complaint contains 98 paragraphs spanning 25 pages of text.  Once the parties complete discovery, counsel expect to report to the Court on scheduling further matters.  Currently, the deadline for filing a proposed briefing schedule is set for February 16, 2007.  If the Court grants this motion, counsel for the parties respectfully suggest that the date for filing a proposed schedule be set for March 20, 2007.

   This motion is being filed in good faith and not for purposes of delay.  Granting it will not significantly impact the Court's ability to resolve this case.  Counsel for the parties have

worked diligently to solve several issues during discovery with success.  Likewise, counsel have cooperatively and professionally resolved this scheduling problem to minimize the disruption to the Court's schedule and to resolution of this case.

      WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for completing discovery be extended until March 9, 2007.  A draft order consistent with the relief sought herein is attached.

      Dated: January 25, 2007.

                                            Respectfully submitted,

                                            _____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            _____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney


                                             /s/_____
                                            JANE M. LYONS, D.C. BAR # 451737
                                            Assistant United States Attorney
                                            Civil Division
                                            555 Fourth Street, N.W.- Room E4822
                                            Washington, D.C.  20530
                                            (202) 514-7161