UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>The United States Department of Housing )<br>And Urban Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the defendant's consent motion to Amend the Scheduling Order, and the entire record in this matter, it is hereby:

**ORDERED** that defendant' motion is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order issued by the Court on May 3, 2006, and modified by the October 23, 2006 Order [20], is hereby further amended to provide as follows:

Discovery in this case shall conclude on March 9, 2007.

The parties shall jointly propose a schedule for further proceedings or briefing dispositive motions on March 20, 2007.

**IT IS FURTHER ORDERED** that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this ____ day of _____, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge