UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MALLOY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1117 (RCL) |
| **ALPHONSO R. JACKSON,** Secretary of | ) |
| The United States Department of | ) |
| Housing and Urban Development | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion [21] to Amend Scheduling Order and the entire record in this matter, it is hereby

ORDERED that Defendant's Consent Motion [21] is GRANTED; it is further

ORDERED that the Scheduling Order issued by the Court on May 3, 2006, and modified by the October 23, 2006, Order [20], is hereby amended as follows:

Discovery in this case shall conclude on March 9, 2007;

The parties shall jointly propose a schedule for further proceedings or briefing dispositive motions on March 20, 2007.

In all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 26, 2007.