```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

**SUPPLEMENTAL JOINT REPORT TO THE COURT REGARDING FURTHER SCHEDULING**

The parties to the above action hereby submit the following Supplemental Joint Report to the Court Fegarding Further Scheduling, in accordance with Rule 16, Fed. R. Civ. P., and LCvR 16.3.

1.) <u>Dispositive Motions</u>: Subject to the approval of the Court, defendant shall move for summary judgment on or before May 7, 2007; plaintiff shall oppose summary judgment on or before June 11, 2007; and defendant shall reply on or before July 2, 2007.

2.) <u>Trial Scheduling</u>:   If doing so would permit this case to proceed to trial before this Court this year, plaintiff is prepared to withdraw his request for a jury trial.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff


_____//s//_____
Jeffrey A. Taylor, Esq.
United States Attorney
  D.C. Bar No. 489610


_____//s//_____
AUSA Rudolph Contreras
  D.C. Bar No. 434122


_____//s//_____
AUSA Jane Lyons
  D.C. Bar No. 451737
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone (202) 514-7161

Counsel For Defendant