UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO R. JACKSON,<br>    Secretary of The United States<br>    Department of Housing and Urban<br>    Development,<br><br>    Defendant. | Civil Action No. 05-1117 (RCL) |

**ORDER**

On March 30, 2007, the parties submitted a Supplemental Joint Report [23] to the Court Regarding Further Scheduling. Upon consideration of the report, and the entire record herein, it is hereby

ORDERED that the dispositive motions schedule set forth by the parties in their Supplemental Joint Report is ADOPTED. Defendant shall move for summary judgment on or before May 7, 2007; plaintiff shall oppose summary judgment on or before June 11, 2007; and defendant shall reply on or before July 2, 2007.

Further, the Court anticipates that it can accommodate scheduling a non-jury trial in 2007 after disposition of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.