UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,           )<br>                              )<br>       Plaintiff,           )<br>                              )<br>       v.                    )<br>                              )<br>ALPHONSO R. JACKSON, Secretary of  )<br>  The United States Department of Housing )<br>  And Urban Development,    )<br>                              )<br>       Defendant.            )<br>_____) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file his dispositive motion by four weeks. Under the current schedule adopted by the Court, defendant's motion is currently due on May 7, 2007. Specifically, defendant requests that the deadline for filing the motion be extended until June 4, 2007. This is the defendant's first request for an extension of this deadline. Plaintiff, through his counsel, has graciously consented to this extension and the dates proposed for plaintiff's opposition (July 9) and defendant's reply (August 9).[1] The grounds for this motion are set forth below.

This case involves a number of allegations that defendant discriminated against plaintiff based on his national origin (Native American) in connection with his employment at as an Assistant Special Agent in Charge of a regional office for HUD's Office of Inspector General in

---

[1] These proposed dates take into account the July 4 holiday falling in the middle of the week and other commitments of counsel.

Fort Worth, Texas. Plaintiff also complains that defendant unlawfully retaliated against him and ultimately constructively discharged him in January, 2003. Discovery has been completed. Although plaintiff has indicated his intention not to proceed on one of his claims, preparation of a dispositive motion requires a significant amount of analysis and time due to the number and factual complexity of his multiple remaining claims set forth in the lengthy first amended complaint.

The Assistant United States Attorney with daily responsibility for this matter has been unusually busy during the last several weeks due, in large part, to the press of business in a number of active cases on her docket which accumulated because counsel was engaged in a two week trial in Desmond v. Gonzales, Civil Action No. 03-1729 (CKK), at the end of February, 2007. Beyond those matters already tightly scheduled since the trial concluded, counsel unexpectedly was directed to prepare an extensive motion to be filed on May 3, 2007 in Walls v. Paulson, Civil Action No. 03-186 (RMU), a case which was transferred to her nearly two years ago but in which there had been no activity since transfer. The need to become familiar with the record and the issues to prepare the motion has consumed a great deal of time. Undersigned counsel is making every reasonable effort to maximize advancement of all matters to which she is assigned pending before this Court as well as the D.C. Circuit. This motion is filed in good faith, and the Court has not yet scheduled any other proceedings in this case. Allowing defendant sufficient time to file a thorough motion is in the interests of justice and overall resolution of the matter.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing a dispositive motion be extended to and including June 4, 2007. A draft order consistent with the relief sought herein is attached.

Dated: May 1, 2007.

                                      Respectfully submitted,

                                      _____
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                      _____
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

                                      /s/
                                      JANE M. LYONS, D.C. BAR # 451737
                                      Assistant United States Attorney
                                      Civil Division
                                      555 Fourth Street, N.W.- Room E4822
                                      Washington, D.C.  20530
                                      (202) 514-7161