UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>The United States Department of Housing )<br>And Urban Development, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

## ORDER

UPON CONSIDERATION of defendant's consent motion for an enlargement of time to file a dispositive motion, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including June 4, 2007 to file a dispositive motion. Plaintiff shall file his opposition no later than July 9, 2007, and defendant shall file his reply by August 9, 2007.

_____                              _____
Date                                                                              ROYCE C. LAMBERTH
                                                                                     United States District Judge


Copies to Counsel of Record Through ECF