UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>  Secretary of The United States )<br>  Department of Housing and Urban )<br>  Development, )<br>)<br>  Defendant. )<br>) | Civil Action No. 05-1117 (RCL) |

**ORDER**

Upon consideration of defendant's consent motion [25] for an enlargement of time to file a dispositive motion, and for good cause shown, it is hereby

ORDERED that defendant's motion [25] is GRANTED; and it is further

ORDERED that defendant shall have through and including June 4, 2007, to file a dispositive motion. Plaintiff shall file his opposition no later than July 9, 2007, and defendant shall file his reply by August 9, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 7, 2007.