UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ALPHONSO R. JACKSON, Secretary of  )<br>  The United States Department of Housing  )<br>  And Urban Development,  )<br>  )<br>      Defendant.  )<br>  ) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**DEFENDANT'S CONSENT MOTION FOR ONE-DAY ENLARGEMENT OF TIME**

The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file his dispositive motion by one day to permit final internal review. Under the current schedule adopted by the Court, defendant's motion is currently due on June 4, 2007, and defendant requests that the deadline be extended only until June 5, 2007. Plaintiff, through his counsel, has graciously consented to this extension. The grounds for this motion are set forth below.

This is an employment discrimination and retaliation case involving multiple claims and a lengthy record. Preparation of a thorough dispositive motion has required a significant amount of analysis and time due to the factual complexity of his the claims. With substantial assistance from the agency's attorneys, the Assistant United States Attorney with daily responsibility for this matter has completed a draft and assembled all of the supporting exhibits as of the close of business on June 4, 2007. All that remains prior to filing is a second level of internal review. In part, submission of the motion for review on Monday, June 4, 2007 was unexpectedly delayed

due to the illness of the AUSA on Saturday, June 2, 2007 when she had planned to spend several additional hours on the project. Despite diligent efforts on June 3-4, 2007, the AUSA was unable to obtain all necessary supervisory review prior to the early evening hours of June 4.

This motion is filed in good faith, and other than the current briefing on defendant's dispositive motion, the Court has not yet scheduled any other proceedings in this case. Allowing defendant one additional day file his motion will not unduly delay the Court's ability to resolve the matter and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing a dispositive motion be extended to and including June 5, 2007. A proposed order consistent with the relief sought herein is attached.

Dated: June 4, 2007.

                                          Respectfully submitted,

                                          _____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          _____
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                          /s/
                                          JANE M. LYONS, D.C. BAR # 451737
                                          Assistant United States Attorney
                                          Civil Division
                                          555 Fourth Street, N.W.- Room E4822
                                          Washington, D.C. 20530
                                          (202) 514-7161