UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>The United States Department of Housing )<br>And Urban Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

## ORDER

UPON CONSIDERATION of defendant's consent motion for a one-day enlargement of time to file his dispositive motion, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including June 5, 2007 to file a motion for summary judgment.

_____                        _____
Date                                                               ROYCE C. LAMBERTH
                                                                         United States District Judge

Copies to Counsel of Record Through ECF