UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO R. JACKSON,<br>   Secretary of The United States<br>   Department of Housing and Urban<br>   Development,<br><br>    Defendant. | Civil Action No. 05-1117 (RCL) |

**ORDER**

Upon consideration of defendant's consent motion [27] for a one-day enlargement of time to file his dispositive motion, and for good cause shown, it is hereby

ORDERED that defendant's motion [27] is GRANTED; and it is further

ORDERED that defendant shall have through and including June 5, 2007, to file a motion for summary judgment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 5, 2007.