

U. S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
## OFFICE OF INSPECTOR GENERAL
451 Seventh Street, SW, Room 8274
Washington, D.C. 20410

*Telephone 202-708-0390*        *Fax 202-708-1354*

SEP − 5 2002

MEMORANDUM FOR: Larry Chapman, Special Agent in Charge, 6AGI

FROM: R. Joseph Haban, Assistant Inspector General for Investigation, GI

SUBJECT: CORTEZ RICHARDSON (GS-1811-13 Criminal Investigator)
U.S. HUD OIG
Oklahoma City, OK
File: IAD-02-0018

One copy of a Report of Investigation, dated April 8, 2002, and a copy of the Disposition Report, HUD 1416, are attached for your administrative action in this case.

In accordance with Paragraph 5-11, HUD Handbook 2003.Rev-4, please complete and return the Disposition Report, as well as the Report of Investigation, to us within 30 days. Disclosure of this matter to unauthorized persons and reproduction of the report without written permission from Headquarters is prohibited.

The recommending official for this matter will be the Assistant Special Agent in Charge currently supervising Agent Richardson and the deciding official will the the Special Agent in Charge, Region 6.

Please contact me on 202-708-0614, ext 8407 if you need further information about this investigation.

Attachment: Report of Investigation
Disposition Report



DEPOSITION
EXHIBIT
#7
Richardson