MGB Reporting, Inc.

Page 1

1      UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF COLUMBIA

3      - - - - - - - - - - - - - - - -X

4   JAMES MALLOY,                      :

5           Plaintiff                  :

6           v.                         : No. 04-1117(RJL)

7                                      :

8   ALPHONSO R. JACKSON,               :

9           Defendant                  :

10     - - - - - - - - - - - - - - - -X

11            DEPOSITION OF JOHN MC CARTY

12                    Washington, D.C.

13                    Tuesday, November 28, 2006

14        Deposition of JOHN MC CARTY, called for

15   examination at 3:20 p.m., at the law offices of Robert

16   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

17   305, Washington, D.C., before Gary S. Howard, a notary

18   public in and for the District of Columbia, when were

19   present on behalf of the respective parties:

20

21

22

MGB Reporting, Inc.

Page 5

1                P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3                  JOHN MC CARTY

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6                 DIRECT EXAMINATION

7             BY MR. SELDON:

8       Q    Mr. McCarty, good afternoon. For the

9    record, would you please give us your full name and

10   present place of employment?

11      A    John P. McCarty, the HUD Office of

12   Inspector General, office of investigations.

13      Q    And your present position there is what?

14      A    Assistant inspector general for

15   investigation.

16      Q    Okay. Mr. McCarty, we're not going to ask

17   you for a home address because we have an agreement

18   with the U.S. attorney's office about not doing

19   that.

20           And so, what I'm going to do is launch

21   right into the ground rules for today's deposition.

22           We represent the Plaintiff in an action

MGB Reporting, Inc.

Page 31

1    investigation, which includes you, Mr. Napleone.

2            Right?

3    A    Yes, sir.

4    Q    Mr. Robinson. And Mr. Thomas and/or Mr.

5    Amacker.

6    A    According to the report, it was Mr.

7    Thomas.

8    Q    Okay. The first contact you remember of

9    some sort of another is when you were advised by

10   the agents in the field that Truxal and Malloy had

11   not given certain documents that had been requested

12   of them.

13           Is that right?

14   A    Correct.

15   Q    Outside of this group of people, did you

16   share that information with anyone else in HUD OIG?

17   A    I believe I shared it with my

18   supervisors, Mr. Salas and Mr. Haban.

19           MR. SELDON: And you guys said that he

20   would know nothing about this.

21           BY MR. SELDON:

22   Q    And what did you tell them, in sum or

MGB Reporting, Inc.

Page 32

1    substance?

2    A    I just repeated.

3    Q    Which was what?

4    A    That we had two ASACs that would not
5    cooperate with the investigation.

6    Q    Do you recall when you told them that?

7    A    No, I don't.

8    Q    So we talked about this. Just so that
9    we're clear about this.

10        This was when you first got the
11   information from the guys in the field.

12   A    It would have been on or about the 19th
13   or 20th of September.

14   Q    Now let's go forward in the process. Just
15   sticking to yourself, Napleone, Robinson -- sorry -
16   - and the others under your supervision, Napleone,
17   Robinson, and Thomas.

18        Do you have any reason to believe that
19   they discussed this with Mr. Salas, Mr. Haban, or
20   anybody else at OIG?

21   A    No, I don't.

22   Q    Would it be consistent or inconsistent

MGB Reporting, Inc.

Page 42

1   Q    Okay. So now we're going up to December
2   17th. Had you brought to Mr. Haban's attention, or
3   Mr. Salas, had you communicated with them on the
4   subject of any misconduct or potential misconduct
5   that Mr. Malloy had engaged in, or had allegedly
6   engaged in?
7   A    Yes, sir.
8   Q    And what was that?
9   A    He was the subject of investigation for
10  insubordination, tampering with a witness,
11  obstructing a government investigation.
12  Q    And you brought that to their attention?
13  A    I believe they brought it to my
14  attention.
15  Q    Why don't you fill me in on how that
16  occurred?
17  A    I think there was word that came back
18  from Ft. Worth that regarded a Chapman
19  investigation. Mr. Malloy made certain statements
20  regarding how his employees should conduct
21  themselves when SID came to investigate the case
22  and interview him.

Tel: 1-800-245-2528 Fax: 1-888-983-8016
www.mgbreporting.com

Page 43

1   Q    And you're saying that they reported this
2  to you, meaning Mr. Haban and Mr. Salas.
3   A    Well, I believe Mr. Haban and Mr. Salas
4  assigned the case to me. I forget the source of how
5  the case got to us.
6   Q    What I'm trying to figure out is who, if
7  anyone, told Mr. Haban or Mr. Salas about what that
8  investigation may or may not have shown.
9   A    I don't recall.
10  Q    Did you tell them, if you recall?
11  A    What the investigation might have shown,
12 or the source of the allegation?
13       I'm losing you there.
14  Q    I guess we should start with what the
15 investigation might have shown.
16  A    Well, the investigation showed that we
17 had individuals, colleagues, that provided sworn
18 affidavit that Mr. Malloy made certain comments in
19 front of other employees that would undermine the
20 SID investigation.
21  Q    Okay. And so you briefed Mr. Salas -- you
22 communicated this information to Mr. Salas and/or

MGB Reporting, Inc.

Page 65

1     ACKNOWLEDGEMENT OF DEPONENT

2     ----------------------------------

3     Re: James Malloy vs. Alphonzo R. Jackson

4     Deposition of John McCarty, Nov. 28, 2006

5     ----------------------------------

6

7

8           I, John McCarty, hereby acknowledge

9     that I am the witness testifying in the above-

10    mentioned matter.

11

12    ____1/18/07_____      _____/s/ J.P. McCarty_____

13    Date                          Signature

14    Sworn to before me this

15

16    -------------------- day of--------------------

17

18                                  ------------------------

19                                       Notary Public

20

21    My commission expires:

22

Tel: 1-800-245-2528 Fax: 1-888-983-8016
www.mgbreporting.com