1      UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF COLUMBIA
3   - - - - - - - - - - - - - - -X
4   JAMES MALLOY,                  :
5         Plaintiff                :
6         v.                       : No. 04-1117(RJL)
7                                  :
8   ALPHONSO R. JACKSON,           :
9         Defendant                :
10  - - - - - - - - - - - - - - -X
11           DEPOSITION OF DANIEL SALAS
12                              Washington, D.C.
13                         Thursday, August 10, 2006
14        Deposition of DANIEL SALAS, called for
15  examination at 1:12 p.m., at the law offices of Robert
16  C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite
17  305, Washington, D.C., before Gary S. Howard, a notary
18  public in and for the District of Columbia, when were
19  present on behalf of the respective parties:
20
21
22

Page 4

1            P-R-O-C-E-E-D-I-N-G-S
2    Whereupon,
3                    DANIEL SALAS
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6                    DIRECT EXAMINATION
7            BY MR. SELDON:
8        Q    Mr. Salas, good afternoon.
9        A    Good afternoon.
10       Q    Thank you for coming. I guess I should
11   ask you to begin with, are you currently employed
12   by the office of inspector general of the
13   department --
14       A    Yes, I am.
15       Q    That's the Department of Housing and
16   Urban Development?
17       A    Yes, sir.
18       Q    What position do you presently hold?
19       A    I'm the special agent in charge of Region
20   6, which is located in Arlington, Texas.
21       Q    Many of the events that we're to talk
22   about occurred in the fall of 2002.

Page 10

1      Q      All right.

2             MR. SELDON:  So let's now mark as Salas

3      Exhibit 1 --

4             THE COURT REPORTER:  No. 1.

5                    (The document referred to

6                    was marked for identification

7                    as Deposition Exhibit No. 1.)

8             BY MR. SELDON:

9      Q      Can you identify -- and take your time to

10     identify this document for us, please.

11            (Pause.)

12     A      Yes, sir. That's the memorandum that I

13     gave to Mr. Malloy, placing him on administrative

14     leave.

15     Q      Okay. And at the same time, he was to

16     vacate his government office.

17            Is that right?

18     A      Yes, sir.

19     Q      And turn in his government

20     identification.

21     A      Yes, sir.

22     Q      Did you make the decision or make the

Page 11

```
 1    decision alone to take those actions?
 2         A     No, sir, I did not.
 3         Q     Who else participated in those decisions?
 4         A     Joseph Haban.
 5         Q     And would you tell me what role you
 6    played and what role Mr. Haban played?
 7         A     The discussion -- there was a discussion
 8    based on what Mr. Malloy had been involved in in
 9    his office in Texas having to do with him being
10    involved or having knowledge of an investigation
11    that the special investigations division was
12    conducting.
13         Q     Okay. And then, if I read this memorandum
14    correctly, it says, I -- meaning
15    you -- have been apprised that Mr. Malloy refused
16    certain information requests that have been made in
17    connection with an investigation, which I assume
18    is the one that you just spoke about.
19         A     Yes, sir.
20         Q     Okay. Now what I'd like to know to begin
21    with was did you speak directly with the special
22    investigation division, or SID, investigators about
```

```
                                                         Page 12
 1    this?
 2       A     No, sir, I did not.
 3       Q     Did you speak with the head of SID about
 4    this?
 5       A     No, sir, I did not.
 6       Q     Had you reviewed a report of
 7    investigation about this?
 8       A     No, I did not.
 9       Q     Other documentation in connection with
10    this?
11       A     No, sir.
12       Q     What led you to say, then, that you had
13    been apprised that Mr. Malloy had refused certain
14    information request?
15             Or perhaps I should say here right now,
16    what were the certain information requests that you
17    had been apprised Mr. Malloy refused?
18       A     Mr. Haban had advised me that during the
19    investigation, that he refused to turn over a
20    daytimer, also known as a diary, of his work that
21    reflected some of his work hours.
22       Q     Okay. And was there anything else that he
```

1  refused?

2  A    Not to my knowledge.

3  Q    Okay. Did Mr. Haban give you any
4  documentation or reports of investigation showing
5  that Mr. Malloy had in fact done this?

6  A    No, sir, he didn't.

7  Q    Did he give you any memoranda of
8  interviews or memos that he had had that showed Mr.
9  Malloy had done this?

10  A    Not that I recall, sir.

11  Q    The memorandum that is here that is Salas
12  Exhibit 1, did you write that yourself, sir?

13  A    No, sir, I did not.

14  Q    Who else participated in the preparation
15  of this document?

16  A    Brian Sadler wrote the memo.

17  Q    Who is he, for the record?

18  A    He is the counsel to the inspector
19  general.

20  Q    Okay. Did he write the entire memo?

21  A    Yes, sir.

22  Q    Okay. Thank you, Mr. Salas. And later in

Page 14

1   this, there's a statement in here -- Additionally,
2   allegations have come to light concerning efforts
3   by certain persons to interfere with and to
4   undermine the disciplinary process associated with
5   two other SID investigations.
6           Is that again, to your knowledge,
7   referencing Mr. Malloy's undermining the
8   disciplinary process?
9           That's on page one.
10  A    Okay.
11  Q    In the first paragraph.
12       (Pause.)
13  A    Would you repeat the question?
14  Q    Yes. There's a reference in this
15  memorandum, Salas Exhibit 1 -- Additionally,
16  allegations have come to light concerning efforts
17  by certain persons to -- and I'll go dot, dot,
18  dot -- undermine the disciplinary process
19  associated with two other SID investigations.
20          Was that a reference to Mr. Malloy,
21  supposedly undermining the disciplinary process?
22  A    There was -- I received during this time

```
                                                    Page 15
 1   period, or prior to the memo issued for placing Mr.
 2   Malloy on administrative leave, a phone call from
 3   Max Emogal, who was the assistant special agent in
 4   charge in the office there in Arlington, advising
 5   me that he had been present during a meeting or
 6   training session where Mr. Malloy was present.
 7           And he advised me by phone that Mr.
 8   Malloy had indicated to him, or had indicated at
 9   that training session, that he had told the persons
10   that were present that SID had been conducting an
11   investigation, and it was time to circle the
12   wagons.
13      Q    Okay. And that's what that's a reference
14   to?
15      A    Yes, sir.
16      Q    Okay. And was that subsequently
17   investigated by the special investigations
18   division?
19      A    To my knowledge, it was.
20      Q    Okay. And did they brief you on the
21   results of that investigation?
22      A    No, they did not.
```