MGB Reporting, Inc.

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - -X

4    JAMES MALLOY,                    :

5              Plaintiff             :

6         v.                         :

7                                    : No. 05-1117 (RCL)

8    ALPHONSO R. JACKSON,            :

9              Defendant            :

10   - - - - - - - - - - - - - - -X

11          DEPOSITION OF MICHAEL STEPHENS

12              Washington, D.C.

13            Tuesday, March 6, 2007

14        Deposition of MICHAEL STEPHENS, called for

15   examination at 10:10 a.m., at the law offices of Robert

16   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

17   305, Washington, D.C., before Gary S. Howard, a notary

18   public in and for the District of Columbia, when were

19   present on behalf of the respective parties:

20

21

22

MGB Reporting, Inc.

Page 4

1                P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3                    MICHAEL STEPHENS

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6                    EXAMINATION

7           BY MR. SELDON:

8       Q    Mr. Stephens, good morning, sir.

9       A    Good morning, sir.

10      Q    Would you please give us your current

11   position?

12      A    Deputy inspector general, office of the

13   inspector general, Department of Housing and Urban

14   Development.

15      Q    Mr. Stephens, would it be fair to say

16   that your supervisor or the person above you in the

17   chain of command in your organization is the

18   inspector general?

19      A    That's correct.

20      Q    That's currently Kenneth Donohue?

21      A    That's correct.

22      Q    And is that who it has been for as long

MGB Reporting, Inc.

Page 16

1    A    Generally, you respond to the questions

2    that are asked by the investigator.

3    Q    And that's it?  Is that it?

4    A    Generally, that's it.

5    Q    Okay. Now we have a number of matters

6    that are at issue in this complaint, and were at

7    issue administratively, and I'm going to cover some

8    of those.

9         Okay?

10   A    Uh huh.

11   Q    One of the issues is Mr. Malloy having

12   been placed on administrative leave in or around

13   October 10th, 2002.

14        We've asked a number of other witnesses

15   in their depositions under oath, who was involved

16   in the decision to place Mr. Malloy on

17   administrative leave?

18        And I'd like to ask you, sir, what role,

19   if any, did you play in that decision?

20   A    To the best of my recollection, Joe Haban

21   made that decision and asked for my approval of his

22   decision.

MGB Reporting, Inc.

1          I gave it to him.

2     Q     Is it fair to say, sir, that that was the

3     extent of your involvement in this?

4     A     Yes.

5     Q     Is it fair to say, sir, that you viewed

6     that as Mr. Haban's decision to make?

7     A     Correct.

8     Q     Is it also fair to say that, to your

9     knowledge, there was no involvement by the

10    inspector general?

11    A     There was none.

12    Q     Is it also fair to say, sir, that you did

13    not view this as, let's say, a collaborative

14    decisional process?

15    A     Rephrase your question.

16    Q     Yes. The decision to place Mr. Malloy on

17    administrative leave, did you or did you not view

18    it as a decision made by Mr. Haban and you in

19    collaboration with one another?

20    A     No. Mr. Haban made the decision and --

21    Q     Okay. Please go ahead, sir.

22    A     And I approved it.

MGB Reporting, Inc.

Page 40

1                    ACKNOWLEDGEMENT OF DEPONENT

2        ------------------------------------

3    Re: James Malloy  vs.  Alphonso Jackson

4        Deposition of Michael Stephens, 3/6/07

5        ------------------------------------

6

7

8            I, Michael Stephens, hereby acknowledge

9    that I am the witness testifying in the above-

10   mentioned matter.

11       4/5/07

12   ----------------------        ----------------------

13   Date                          Signature

14              Sworn to before me this

15

16   ------------------- day of------------------------

17

18                          ------------------------

19                          Notary Public

20

21   My commission expires:

22