U.S. Department of Housing
and Urban Development
Office of Inspector General
Office of Investigation

# AFFIDAVIT

| DATE: 10/15/02 | CITY, COUNTY AND STATE: Washington D.C. |
|---|---|
| | |

I, Max Eamiguel, having been duly sworn by John C. Robinson, who has identified himself/herself to me as a Special Agent, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

> I am the Assistant Special Agent in Charge of the Housing Fraud Initiative (HFI) located in Arlington, Texas. My immediate supervisor was Larry Chapman, former Special Agent in Charge, who retired on October 1, 2002.

> From September 23, 2002 through September 27, the Southwest Region (SWR) Office of Inspector General (OIG) for Investigation held quarterly training to transition agents from using the 9 mm weapons to the .357, update agents on new HQ procedures, get agents to sign quarterly certifications and to train the entire SWR staff, including auditors and support staff, in CPR. A brief meeting was held at the Arlington HFI office on September 23 to discuss various office matters. September 24 and 25 was spent on the firing range in Denton, Texas to qualify agents shooting the .357 and the shotgun.

> An all day meeting was held on September 26 in the HFI office in Arlington, Texas. All the special agents and the support staff were present at the meeting with the exception of Stan Mercer and Robbie Tighe. The auditors were excused from most of the meeting. During this meeting, Larry Chapman, on numerous occasions, said some inappropriate things to the staff. He said we need to look out for each other because SID is looking to get you. SID staff is getting larger with no particular reason but to conduct investigations on us. Chapman said when SID contacts you, you better get an attorney. He also said they, SID, can't make you remember what you don't remember. He mentioned alzheimer's. Chapman said the management in HQ does not know what they are doing. At some point in time during the meeting while Chapman was talking bad about HQ and SID, Jim Malloy said we better circle the wagons and watch out for each other because SID is watching you. During this whole meeting, I got the impression that Malloy adopted most of negative things Chapman said about HQ and SID because of his comment about circling the wagons. Dan Truxal did not say anything derogatory about management or SID.

OIGM 3000 Appendix 5a

Form HUD-1409

Shortly after the meeting on September 26, I met with each of the HFI staff to tell them to disregard the negative comments about management and SID because they are not true. I told them that if they continue to do the good, they will be rewarded. I explained to them that we have new management and that we need to make some changes. I am not aware of either Malloy or Truxal doing the same with their staff.

I have read the above statement consisting of 2 pages and it is true and complete to the best of my knowledge and belief. I have initialed each page and all corrections.

/s/ [signature]

Subscribed and sworn before me at

400 Virginia Ave. SW, Washington D.C.

on this 15th day of October, 2002.

/s/ [signature]
Special Agent, HUD OIG Investigation

WITNESSED:

/s/ [signature]

OIGM 3000 Appendix 5a                                    Form HUD-1409