UNITED STATES OF AMERICA

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

OFFICE OF THE INSPECTOR GENERAL

INTERVIEW OF WINDELL DURANT

Washington, D.C.

Monday, October 21, 2002

BETA

(202) 638-2400    Nationwide Court Reporting & Videography Services    (703) 684-BETA
...There is No Substitute for Quality
1-800-522-BETA

2

```
 1              P R O C E E D I N G S
 2                                      (11:04 a.m.)
 3         MR. ROBINSON:  Today is October
 4   21, 2002.  This is ATSAC, Assistant to the
 5   Special Agent in Charge, John C. Robinson
 6   assigned to HUD OIG, Special Investigations
 7   Division, physically located at the SID
 8   Conference Room in Washington, DC.  The time
 9   is approximately 11:04 a.m. on this date.
10         We're here for the purpose of
11   interviewing Supervisory Auditor Windell
12   Durant from Fort Worth, Texas, of the
13   Southwest District.  Also present here is
14   ATSAC Larry Amaker.
15         MR. AMAKER:  ATSAC Larry Amaker,
16   Assistant to the Special Agent in Charge.
17         MR. ROBINSON:  And this is John
18   Robinson.
19         Windell, could you please identify
20   yourself, stating your first and last name
21   and spelling your last name for the record?
22         MR. DURANT:  Windell Durant.
```

6

1   employment.  Your failure to answer relevant
2   material questions as they relate to your
3   official duties may cause you to be
4   subjected to disciplinary action, including
5   possible removal by HUD.  Any information or
6   evidence you furnish in response to
7   questions put to you during this interview
8   or any information or evidence which is
9   gained through your answers may be used
10  against you in administrative proceedings.
11              If you have read the above
12  advisement and understand its contents would
13  you just look that over, what I read and
14  sign it right there?
15              Just one last thing before we get
16  started.  Could you just please, Windell,
17  raise your right hand.  Do you swear that
18  the information you're about to provide will
19  be the truth, the whole truth, and nothing
20  but the truth, so help you God?
21              MR. DURANT:  I do.
22              MR. ROBINSON:  What I want to

9

1  convened for a meeting on Monday. What was
2  the purpose that meeting?
3         MR. DURANT: Well, Larry usually
4  at those quarterly weeks of training he
5  would have that Monday afternoon with an
6  administrator-type meeting. It gives the
7  support staff a chance to get the travel
8  orders signed for the new quarter, just a
9  lot of paperwork, and he would, you know,
10 give a talk on basically the status --
11         MR. ROBINSON: Was this an
12 all-hands meeting outside of management,
13 like, working agents and auditors in this
14 meeting and so on?
15         MR. DURANT: Yes, and there might
16 have been a time there later in the
17 afternoon where they went directly to G-cars
18 or something and we would have dismissed the
19 auditors because they don't have cars.
20         MR. ROBINSON: Right.
21         MR. DURANT: Or if they was
22 talking about maybe the new SIG (?) 229s or

10

1  something they would dismiss the auditors
2  because, you know, they didn't want to hear
3  that. But generally it was just, you know,
4  Larry giving a briefing on kind of what's
5  happening in headquarters and how it affects
6  us and changes.
7         MR. ROBINSON: Did Larry address
8  everybody in that meeting? Did he open it
9  up or use it as an opportunity? I mean, did
10 he, like, lead or host that meeting as it
11 opened up?
12        MR. DURANT: Yes.
13        MR. ROBINSON: Did you ever record
14 what Larry talked about in that meeting?
15        MR. DURANT: Not entirely. You
16 know, a lot of different things but, you
17 know, some things in specific I remember.
18        MR. ROBINSON: Well, let me hone
19 in there. The allegations that have been
20 made, and we'll start with Larry, that
21 during that week, perhaps other times,
22 keeping in that time frame, did you ever

11

1   hear Larry make any statements or did he
2   give any kind of a speech that SID has been
3   there investigating into issues, either
4   statements, and I don't know who could have
5   made them, but to this effect of let's get
6   our stories straight, they can't make you
7   remember things?
8           When I say "they" I'm talking
9   about the shop, Special Investigations.
10  Somebody could have said we have to circle
11  the wagons. In any event, I'm talking about
12  that type of an atmosphere in which Larry
13  actually acknowledged the fact that either
14  he was under investigation or made any
15  statements related to how to prepare
16  yourself or how to react to this thing, and
17  that's what I'm focusing on.
18          Do you recall Larry that day
19  saying anything like that?
20          MR. DURANT: Yes, he went on for
21  some time on that subject as far as you
22  folks at SID. You know, he had told Max and

12

1   I I guess a week or two before that he was
2   under investigation. So when he brought it
3   up at the meeting I was very surprised, you
4   know, because I wouldn't think he would want
5   to bring that subject up with the staff.
6   And I don't know that he told them I'm under
7   investigation but I remember him saying I
8   had a visit from two of those guys from SID
9   and then he went on to explain that, you
10  know, they might be coming to see you some
11  day, you know, and I'm going to give you a
12  little advice when they do, you know, so he
13  went on to give them some advice of when SID
14  comes to interview them for whatever reason
15  whether they be under investigation or a
16  witness.
17          MR. ROBINSON: Did he continue to
18  expand on what advice he had to give them?
19          MR. DURANT: Yes, his advice
20  basically was get an attorney. He said
21  that's about the smartest thing you can do.
22  Before you talk to them just get an

14

1      MR. DURANT: No, no, no.

2      MR. ROBINSON: He wasn't just
3  talking to somebody else? He was
4  addressing, just as you would, say, a
5  preacher at the pulpit to the congregation?
6  He was speaking to everybody?

7      MR. DURANT: Right.

8      MR. ROBINSON: You mentioned he
9  gave the advice to get an attorney. Did he
10 say anything else concerning that topic?

11     MR. DURANT: Other than, you know,
12 when you're asked questions, tell the truth
13 and they can't do anything to you if you
14 can't remember. And they can't do anything
15 to you -- I'm not saying that he said it in
16 those words, but if you have Alzheimer's, he
17 mentioned -- he brought up Alzheimer's. He
18 said they can't do anything to you if you've
19 got Alzheimer's or if your memory's
20 selective, so he used -- in that vein.

21     MR. ROBINSON: And how did you
22 interpret when he said you can't remember

15

1  stuff, you have Alzheimer's, I mean, do you
2  think he was talking about something in a,
3  medical glossary or was this a message to
4  be --
5        MR. DURANT:  To me it was a
6  message to if you're being interviewed you
7  don't necessarily have to tell them
8  everything, you know, and then other people
9  at that meeting talked also during that time
10 that Larry wasn't discussing the subject so
11 basically to kind of chime in on their so-
12 called advice.
13       MR. ROBINSON:  Well, who were
14 these people that you can recall that chimed
15 in with their advice?
16       MR. DURANT:  Well, Dan Truxal.
17       MR. ROBINSON:  And who's Dan
18 Truxal?
19       MR. DURANT:  He's an ATSAC.
20       MR. ROBINSON:  He works there?
21       MR. DURANT:  He works for Larry,
22 yes, he works in the Fort Worth office with

17

1     MR. DURANT:  Right, and, you know,
2 other people might have also, agents asking
3 questions and stuff like that, but I don't
4 recall any names.
5     MR. ROBINSON:  Did Truxal say
6 anything else?
7     MR. DURANT:  That's all I remember
8 him saying is the lack of candor.
9     MR. ROBINSON:  Did anybody else
10 say anything?
11    MR. DURANT:  Jim Malloy, the other
12 ATSAC, said a couple of things.
13    MR. ROBINSON:  What did he say?
14    MR. DURANT:  It's hard for me to
15 remember exactly.  He mentioned the fact
16 that -- he's the one that -- you mentioned
17 circle the wagons?  He said that.  Now, I
18 don't remember in what context, but it was
19 kind of like from what I got out of it, you
20 know, we need to pull together as a district
21 or a region and I don't know really what
22 that meant to the troops.

18

| | |
|---|---|
| 1 | To me it would mean hey, it's us |
| 2 | against headquarters or something like that, |
| 3 | you know. We need to -- because he did use |
| 4 | that word "circle the wagons." |
| 5 | MR. ROBINSON: Now, did he chime |
| 6 | in right after Larry? |
| 7 | MR. DURANT: I don't remember if |
| 8 | it was after or just during, you know, |
| 9 | because this was sort of discussed probably |
| 10 | for a good 15 minutes, this subject. |
| 11 | MR. ROBINSON: Well, did he do |
| 12 | this in public forum or, I mean, was this |
| 13 | over a cup of coffee amongst the two of you |
| 14 | or did he -- |
| 15 | MR. DURANT: No, this was in the |
| 16 | meeting with everybody. Everybody was |
| 17 | there. |
| 18 | MR. ROBINSON: So he had 40 -- |
| 19 | MR. DURANT: Right, the whole |
| 20 | district was there. |
| 21 | MR. ROBINSON: Circa 40 people in |
| 22 | the room then when then he said this. When |