# AFFIDAVIT

U.S. Department of Housing
and Urban Development
Office of Inspector General
Office of Investigation

| DATE: October 29, 2002 | CITY, COUNTY AND STATE: Houston, Harris County, Texas |
|---|---|
| | |

I, Steve Romero, having been duly sworn by John C. Robinson, who has identified himself to me as a Special Investigator, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

Question: Did you attend the "all hands" meeting at the Arlington HFI office on September 23, 2002?



Answer: Yes,

Question: Did you hear anyone at the meeting make statements similar to the following?
"We have to circle the wagons."
"Lets get our story straight."
"They can't make you remember things."



Answer: I do remember SAC Chapman stating that we needed to be careful about using our assigned computers, cell phones, and pagers for personal reasons. In my mind, I thought SAC Chapman's comments we said to scare us as was done in previous quarterly meetings. I do recall some similar statement that was said at the meeting that referred to circling the wagons, but I do not remember who said it or the context of the statement.

This meeting was like all the previously held quarterly meetings; I wasn't paying total attention to everything that was being said. These meetings are informal and at times several people could be having a conversation between themselves when any of the mangers were talking. Most of the agents can't wait to get out of the meeting.

Question: Did anyone make any remarks relating to headquarters and/or SID, and provide coaching relating to dealing with them?



Answer: I do remember SAC Chapman stating that SID was investigating him. SAC Chapman informed us that we had a right to counsel if SID wanted to talk to us about an investigation that was conducted on any of us and if we were the subjects of the investigation. He also stated I believe that we should have our FLEOA membership up to date. I took the advise from SAC Chapman as being informative and helpful if any of us were investigated by SID.



ASAC Malloy also reiterated the same message as SAC Chapman. ASAC Malloy also stated to everyone at meeting that we needed to tell the truth to questions asked by SID.

Question: Did you hear any manager of the Southwest region make any remarks that you would consider improper or unprofessional for a manager to make in that meeting?



Answer: I did not hear any comments or statements made by any manager of the Southwest District that I interpreted as improper or unprofessional.

Question: Do you have anything you would like to add to this statement?:



Answer: No.

I have read the above statement consisting of 2 pages and it is true and complete to the best of my knowledge and belief. I have initialed each page and all corrections.

/s/ Steve Romero

Subscribed and sworn before me at

Houston, TX

On this 28th day of October 2002.

/s/ ATSAC
Special Investigator, HUD OIG Investigation

WITNESSED:

/s/