**AFFIDAVIT**

U.S. Department of Housing and
Urban Development
Office of Inspector General
Office of Investigation

| DATE: 10/28/02 | CITY, COUNTY AND STATE: Arlington, Tarrant, TX |
|---|---|

I, Zelma K. Howell, having been duly sworn by Bradley P. Geno, who has identified himself to me as a Special Investigator, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

Question: Did you attend the "all hands" meeting at the Arlington HFI office on September 23, 2002?

Answer: Yes, I did.

Question: Did you hear anyone at the meeting make statements similar to the following?;
"We have to circle the wagons."
"Lets get our story straight."
"They can't make you remember things."

Answer: I remember hearing someone say "They can't make you remember" but, I could not say who said it. And circle the wagons was said but again, I don't recall who said it.

Question: Did anyone make any remarks relating to headquarters and/or SID, and provide coaching relating to dealing with them?

Answer: No.

Question: Did you hear any manager of the Southwest region make any remarks that you would consider improper or unprofessional for a manager to make in that meeting?

Answer: I don't recall any.

Question: Do you have anything you would like to add to this statement?:

Answer: I did not pay a lot of attention because I did not feel that a lot of what was said was applicable to the auditors.


I have read the above statement consisting of 2 pages and it is true and complete to the best of my knowledge and belief. I have initialed each page and all corrections.

/s/

OIGM 3000 Appendix 5a                                                                   Form HUD-1409

Subscribed and sworn before me at
<u>2201 E Lamar Blvd Ste 275, Arlington, TX</u>
on this 28th day of October, 2002.

*Z. Kathy Howell* (signature)

/s/ *[signature]*
Special Investigator, HUD OIG Investigation

WITNESSED: *[signature]*
/s/