| | U.S. Department of Housing and Urban Development |
|---|---|
| **AFFIDAVIT** | Office of Inspector General |
| | *Office of Investigation* |

| DATE: 10/25/02 | CITY, COUNTY AND STATE: Washington D.C. |
|---|---|
| | |

I, Gary A. Haley, having been duly sworn by John C. Robinson, who has identified himself/herself to me as a Special Agent, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

1.—DID YOU ATTEND THE ALL HANDS MEETING AT THE ARLINGTON HFI OFFICE ON SEPTEMBER 23, 2002. **Yes.**

2.—DID YOU HEAR ANYONE AT THAT MEETING MAKE THE STATEMENTS, OR SIMILAR TO;

"WE HAVE TO CIRCLE THE WAGONS"

"LETS GET OUR STORY STRAIGHT"

"THEY CAN'T MAKE YOU REMEMBER THINGS"

I don't recall these exact statements, however these statements do reflect, and are similar to things said in the September 23, 2002 meeting. I only recall Larry Chapman making statements similar to this. Other managers present may have made similar statements; I just can't recall at this time.



3.— DID ANYONE MAKE ANY REMARKS RELATING TO HEADQUARTER'S AND/OR SID, AND PROVIDE COACHING RELATING TO DEALING WITH THEM.

I recall Larry Chapman making remarks relating to Headquarters and/or SID and providing cautions and/or "coaching" to those present at the meeting. Other managers present may have made similar statements; I just can't recall at this time.

I remember the discussion of Headquarters hiring more SID staff. Since there were going to more SID staff, there would need to be work to support having more staff. The agents at the meeting were cautioned and/or "coached" on how to deal with SID staff. I do not recall specific instructions, but the discussion was to the effect that employees should be careful when meeting with SID staff. Employees should answer SID's questions truthfully, but do not need to volunteer information. Also, employees were advised to be careful how they use government equipment, such as government vehicles and cell phones.

OIGM 3000 Appendix 5a                                                                 Form HUD-1409

4.- DID YOU HEAR ANY MANAGER OF THE SOUTWEST REGION MAKE ANY REMARKS THAT YOU WOULD CONSIDER IMPROPER OR UNPROFESSIONAL FOR A MANAGER TO MAKE IN THAT MEETING SETTING.

At the time of the meeting, I believe I was aware of a rumor that Larry Chapman was under investigation by SID and that he may be announcing his retirement at this week's training. I sensed Larry Chapman's frustration and it seemed he was not concerned about his statements. Thus, this meeting was more disruptive than usual. Some agents were disruptive by answering and talking on cell phones and talking amongst themselves when somebody else was addressing the meeting. Larry Chapman, nor the other managers, were controlling this behavior as closely as in past meetings.

Larry Chapman, and possibly other managers, were certainly being advocates and trying to help the employees over supporting Headquarter's policies, decisions, and/or directives.

After reflection and based on my own beliefs on how managers should conduct themselves, the comments my by Larry Chapman and possibly other managers present at the meeting regarding SID and Headquarters discussed above was at improper and/or unprofessional.

/s/ [signature]

Subscribed and sworn before me at

400 Virginia Ave. SW, Washington D.C.

on this 25th day of October, 2002.

/s/ [signature]
Special Agent, HUD OIG Investigation

WITNESSED:

/s/ [signature]