# AFFIDAVIT

U.S. Department of Housing and
Urban Development
Office of Inspector General
*Office of Investigation*

| DATE: 28 Oct 2002 | CITY, COUNTY AND STATE: Houston, Texas |
|---|---|
|  |  |

mK I, Michael Kepler, having been duly sworn by John C. Robinson, who has identified himself to me as a Special Investigator, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

Question: Did you attend the "all hands" meeting at the Arlington HFI office on September 23, 2002?

Answer: yes,

Question: Did you hear anyone at the meeting make statements similar to the following?;
"We have to circle the wagons."
"Lets get our story straight."
"They can't make you remember things."

Answer: No, I did not hear the "circle the wagons or lets get our story straight". I do recall Larry Chapman stating that if internal affairs asked questions, that if you don't remember just say you don't remember.

Question: Did anyone make any remarks relating to headquarters and/or SID, and provide coaching relating to dealing with them?

Answer: Larry Chapman mentioned that two people had visited him from internal affairs.

Question: Did you hear any manager of the Southwest region make any remarks that you would consider improper or unprofessional for a manager to make in that meeting?

Answer: Not sure. ASAC Malloy mentioned that we "should close ranks". This was in relation to SAC Chapman's discussion of visits from internal affairs. mK

OIGM 3000 Appendix 5a                                                                                       Form HUD-1409

Question: Do you have anything you would like to add to this statement?:

Answer: No.

I have read the above statement consisting of 2 pages and it is true and complete to the best of my knowledge and belief. I have initialed each page and all corrections.

Subscribed and sworn before me at Houston, TX

*(signature)*

on this 28th day of October, 2002.


/s/ *(signature)* AT(SAC)
Special Investigator, HUD OIG Investigation


WITNESSED:

/s/