MGB Reporting, Inc.

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - -X

 4    JAMES MALLOY,                  :

 5              Plaintiff            :

 6         v.                        : No. 04-1117(RJL)

 7                                   :

 8    ALPHONSO R. JACKSON,           :

 9              Defendant            :

10    - - - - - - - - - - - - - - - -X

11              DEPOSITION OF LESTER DAVIS

12                        Washington, D.C.

13                        Tuesday, November 28, 2006

14         Deposition of LESTER DAVIS, called for

15    examination at 4:30 p.m., at the law offices of Robert

16    C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

17    305, Washington, D.C., before Gary S. Howard, a notary

18    public in and for the District of Columbia, when were

19    present on behalf of the respective parties:

20

21

22
```

MGB Reporting, Inc.

Page 4

```
1                P-R-O-C-E-E-D-I-N-G-S
2    Whereupon,
3                        LESTER DAVIS
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6                        EXAMINATION
7              BY MR. SELDON:
8         Q    Mr. Davis, thank you for coming and
9    thanks for waiting.
10             For the record, could you please give us
11   your full name?
12        A    Lester Davis.
13        Q    Your present place of employment?
14        A    HUD's inspector general's office.
15        Q    And your position, sir?
16        A    Deputy assistant inspector general for
17   investigations.
18        Q    Mr. Davis, let me explain what we're
19   doing here today.
20             We represent James Malloy in a complaint
21   brought in the U.S. District Court here in D.C.,
22   sounding in discrimination and retaliation in his
```

MGB Reporting, Inc.

Page 32

1  stimulate your recollection either way?
2      A    No.
3      Q    Okay. I was only asking because if there
4  was a long list of reasons, it may or may not have
5  been more likely that it was in writing.
6           And then one or both gentlemen got back
7  to you and said, go ahead with this selection?
8      A    That's correct.
9      Q    Was Mr. Stevens involved in that at all,
10 if you know?
11     A    Not to my -- I have no idea.
12     Q    Okay. Let's go back to the only other
13 thing that I have any reason to know or believe
14 that you were definitely involved in.
15          There was a day -- we'll look back at Mr.
16 McCarty's exhibits.
17          (Pause.)
18          This is McCarty Exhibit 6, in which Mr.
19 Malloy was removed of supervisory duties. Did you
20 have any role in giving that information or
21 direction to Mr. Malloy?
22     A    What I recall is, I was told he was

MGB Reporting, Inc.

Page 33

1  coming back from admin leave and he was not going
2  to be in a supervisory role.
3      Q    **Who told you that?**
4      A    Joe Haban.
5      Q    **All right.**
6      A    What I do not recall is if I had that
7  document ever in my hand or I was just told that.
8           I do not recall.
9      Q    **Do you recall what, if anything, Mr.**
10 **Haban told you as the reason or reasons for Mr.**
11 **Malloy being removed from supervisory duties,**
12 **relieved of supervisory duties?**
13     A    No one in headquarters at that time ever
14 told me the reason Jim Malloy was on admin leave or
15 why he was coming back or what the issues were.
16     Q    **Did you have any reason to know, if not**
17 **told by headquarters?**
18     A    Yes. I was told by Dan Truxal and by Jim
19 Malloy what their position was.
20     Q    **What did Mr. Truxal tell you?**
21     A    Mr. Truxal told me that he was asked to
22 provide a daily log or calendar. And he denied

MGB Reporting, Inc.

Page 34

```
1    doing it, would not provide it. And then at a
2    later point, came back --
3        Q    Do you mean Mr. Malloy would not provide
4    it?
5        A    You said Truxal.
6        Q    Let's go back. I want to get the hes
7    straight.
8             You said I was told by Truxal. And then
9    you said, he didn't provide a calendar.
10       A    That would be Truxal still.
11       Q    That's okay. I just wanted to make sure.
12       A    Okay. Dan Truxal told me that he --
13            MS. LYONS:  Dan Truxal.
14            THE WITNESS:  Dan Truxal -- was requested
15   to provide a daily log or a daily calendar,
16   something that had a daily listing of his
17   activities.
18            BY MR. SELDON:
19       Q    Right.
20       A    And he did not provide it when they
21   requested it. And then he came back later and
22   provided it.
```

MGB Reporting, Inc.

Page 35

1          And Truxal told me that that was his
2    issue and he was getting transferred for that.
3          Jim Malloy told me he was requested for a
4    daily log, a daily calendar, or some sort of daily
5    entry item, and that he didn't ever provide it.
6          And that is the only information I had on
7    the two of them.
8    Q    Okay. And did you ever speak with Mr.
9    Malloy at or about the time -- did you ever talk to
10   Mr. Malloy about the possibility of his being
11   restored to a supervisory position or having
12   supervisory duties restored to him?
13   A    I don't recall having that because all I
14   had was information that he was not going to be a
15   supervisor and that I was to find tasks for him to
16   do directly from me.
17   Q    And did you do that?
18   A    Yes, I did.
19   Q    What did you find for him to do?
20   A    I only remember one item. But the way the
21   conversation went was, there was a number of things
22   we talked about, plus there was an issue about

MGB Reporting, Inc.

Page 56

1  ACKNOWLEDGEMENT OF DEPONENT

2  ----------------------------------

3  Re: James Malloy vs. Alphonso R. Jackson

4  Deposition of Lester Davis, 11/28/06

5  ----------------------------------

6

7

8  I, Lester Davis, hereby acknowledge

9  that I am the witness testifying in the above-

10  mentioned matter.

11

12  2-5-07                           *Lester A. D.* (signature)
    --------------------              --------------------

13  Date                              Signature

14  Sworn to before me this

15

16  ------------------- day of------------------------

17

18

19                                    ------------------------

20                                    Notary Public

21

22  My commission expires:

Tel: 1-800-245-2528  Fax: 1-888-983-8016
www.mgbreporting.com