# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
*1319 F Street, N.W., Suite 305*
*Washington, DC 20004*
*202-955-6968 ·fax: 202-318-2287*

---

March 12, 2007

**VIA E-MAIL**
AUSA Jane Lyons
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

      Re:    <u>Malloy v. Jackson, No. 05-1117 (RCL)</u>

Dear Jane:

      After conferring with Mr. Malloy, we have decided not to pursue claims over his not being selected for the position of Special Agent In Charge of OIG Region VI, instead of Lester Davis.

                          Very truly yours,

                          //s//
                          Robert C. Seldon

Cc:    James Malloy