UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION TO ENLARGE TIME**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., an enlargement of time of one week for the submission of his Opposition to defendant's motion for summary judgment by one week.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) After extensions that were consented to, defendant moved for summary judgment on June 5, 2007. Plaintiff's opposition is presently due today, July 9, 2007.

2.) Immediately after concluding his then outstanding casework, counsel for plaintiff diligently began the project of drafting plaintiff's Opposition after defendant moved dispositively.

3.) Substantial work has been completed on plaintiff's Opposition. However, meeting the current deadline has not been possible, on account of the intervening July 4th holiday, the

inaccessibility of plaintiff due to a death in his extended family, and counsel's other responsibilities in matters such as <u>Baloch v. Norton</u>, C.A. No. 03-1207 (RMU); <u>Beard v. Jackson</u>, 06-0756 (GK); <u>Nagpal v. Gonzales</u>, EEOC No. 570-2007-00551X (EEOC); and <u>Uzlyan v. Chao</u>, EEOC 570-2007-005944X.

4.) Accordingly, plaintiff respectfully seeks an enlargement until July 15, 2007, to oppose defendant's motion for summary judgment.

                              Respectfully submitted,

                              _____/s/_____
                              Robert C. Seldon, Esq.
                                D.C. Bar No. 245100

                              _____/s/_____
                              Molly E. Buie, Esq.
                                D.C. Bar No. 483767
                              Robert C. Seldon & Associates, P.C.
                              1319 F Street, N.W.
                              Suite 305
                              Washington, D.C.  20004
                              (202) 955-6968

                              Counsel for Plaintiff