UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | )   Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Enlarge Time, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Consent Motion be, and the same hereby is, GRANTED.

ORDERED that the date for the submission of Plaintiff's Opposition to defendant's Motion for Summary Judgment is hereby extended until July 16, 2007.

Dated this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1