UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ALPHONSO R. JACKSON,<br>   Secretary of The United States<br>   Department of Housing and Urban<br>   Development, | ) Civil Action No. 05-1117 (RCL) |
|     Defendant. | ) |

**ORDER**

Upon consideration of plaintiff's consent motion [30] to enlarge time, and the entire record herein, it is hereby

ORDERED that plaintiff's consent motion [30] is GRANTED; and it is further

ORDERED that the date for the submission of plaintiff's opposition to defendant's motion for summary judgment is hereby extended until July 16, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.