UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |

## CONSENT MOTION TO ENLARGE TIME

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., an enlargement of time of two days for the submission of his Opposition to defendant's motion for summary judgment.

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) After extensions that were consented to, defendant moved for summary judgment on June 5, 2007. Plaintiff's opposition is presently due today, July 16, 2007.

2.) Counsel for plaintiff has been diligently preparing plaintiff's Opposition and the other materials that must accompany it.

3.) Work is largely completed, however the size and importance of this case have meant that these projects are consuming somewhat more time than anticipated.

4.) Accordingly, plaintiff respectfully seeks an enlargement until July 18, 2007, to oppose defendant's motion for summary judgment.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff