**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ──────────────────────────── ) | |
| **JAMES MALLOY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ALPHONSO R. JACKSON,** ) | **Civil Action No. 05-1117 (RCL)** |
| **Secretary of The United States** ) | |
| **Department of Housing and Urban** ) | |
| **Development,** ) | |
| ) | |
| **Defendant.** ) | |
| ──────────────────────────── ) | |

**<u>ORDER</u>**

Upon consideration of plaintiff's consent motion [32] to enlarge time, and the entire record in this matter, it is hereby

ORDERED that plaintiff's motion [32] is GRANTED; and it is further

ORDERED that the date for the submission of plaintiff's opposition to defendant's motion for summary judgment is hereby extended to July 18, 2007. .


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 17, 2007.