UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary of Housing And | ) |
| Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this _____ day of ____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**