**ATTACHMENT B**

DATE: May 15th, 2002

MEMORANDUM

TO: Kenneth Donohue, Sr., Inspector General, G

FROM: Cortez E. Richardson, Special Agent, 8AGI

SUBJECT: Hardship

     I am Cortez Richardson, Special Agent HUD OIG. My current assignment is in the Denver HUD OIG District Office of Investigations. I have been assigned to the Denver Office since August 1998. My supervisor is Michael Groszkiewicz, Special Agent in Charge Rocky Mountain District. Sir the reason I am writing to you is that I have attempted to contact AIGI R. Joseph Haben about this matter. Thinking that this is about the EEOC I filed, AIGI Haben referred my e-mail to HUD OIG Legal. <u>This is not about the EEOC I filed.</u> This is not something I wish to discuss with Legal, either. The information contained in this memorandum is of a personal nature and I would like for the information only to be shared with those who have a need to know. I have shared some of this information with SAC Groszkiewicz. I am sending him a copy of this memorandum.

     I respectfully request your assistance with some critical and urgent needs I have. The needs are based on some recent occurrences with in my immediate family. As a result of some unfortunate circumstances surrounding an EEO Complaint I filed, I was to be transferred to the Ft. Worth, TX HUD OIG District Office. This was a transfer that I could live with at the time, which was prior to me being notified of the following circumstances. Anticipating the relocation at my own expense, I sold my house in Denver, Colorado and moved my family to Oklahoma City, Oklahoma. I had planned on living in an apartment in the FT. Worth TX area while my family lived in the house we have owned for years. During the time after selling my house and moving myself and family to Texas and Oklahoma, the transfer to Ft. Worth fell through. At this time my family lives in our house located in Oklahoma City, OK. I am currently working in the Denver District HUD OIG Office and I reside in a basement apartment in the Denver, Colorado area. On May 7th, 2002 my wife received a mandatory 12-month reassignment to Kunsan, Korea. Her report date is no later than October 10th, 2002. My wife is in the Active Duty U.S. Air Force and has a little over 2 years before she can retire, and cannot refuse the reassignment. The tour of duty to Kunsan, Korea is a remote unaccompanied assignment, which basically means that it is in a combat zone that restricts her from bringing her family. She is currently assigned to the Tinker AFB Hospital, Oklahoma City, OK.

     Sir the problem is that 3 of my children live with my wife in Oklahoma City, OK. My children's ages are 14, 12, and 10 years. They have been inconvenienced by me moving them just recently, and have asked that they not have to move again. They are doing great in school and enjoy the schools they are currently attending.

The next problem is that my mother who is 81 years old has advanced stages of Parkinson disease and is currently in the hospital.  Her stay at the hospital this time has been 2 and half weeks.  The doctor has said that she will be released in a couple of days.  Once she is released she is going to receive home health care for a few weeks.  My father is 82 years old and has Glaucoma.  He is completely blind in one eye and has tunnel vision in the other.  My father is legally blind.  Neither of them are able to drive, clean, prepare meals for themselves; basically they can no longer care for themselves.  I have two brothers and a sister that live in Oklahoma City, OK.  One of my brothers is an alcoholic and useless, the other brother is only able to help 1 to 2 days a week due to the travel and irregular hours involve in his job.  My sister refuses to give any time to my parents because of some feud she has with them.  At this time my wife is one of the main caregivers for my parents.  She takes them shopping, runs errands, takes them to their doctor's appointment, and takes them to church when they are able to go.  So sir as you can see when my wife leaves for Korea, and I am not able to take her place in Oklahoma City, OK things are going to be very difficult for my immediate family.  I believe that the only option I have at this time is to ask for your assistance.

This is how you can help Sir if you are willing and if it is cost effective for the government.  I would like to be transferred to the HUD OIG Investigations Office in Oklahoma City, OK.  I have talked to Special Agent James Miller who informed me that he has accepted a position outside of our agency and will be departing HUD OIG on or about June 15th, 2002.  My transfer will cost the government zero dollars due to me already moving my family and my belongings to Oklahoma City, OK.  I grew up in Oklahoma City, OK and this is where I consider home.  Once I am there I will assure you that this will create long-term stability in that office, which it has not had.  It is my understanding that the Oklahoma City Office has had agent retention problems, which will not be the case if I am assigned there.  Further more I have a long history of positive relations with law enforcement officials in the State of Oklahoma.  I have over 10 years of law enforcement experience in Oklahoma and have many ties to the communities in Oklahoma City.

cc: Michael Groszkiewicz, SAC, 8AGI