**ATTACHMENT F**

Richard Johnson     To: Daniel Salas/WHQ/HUDOIG, Rudolph Haban/WHV/HUDOIG
12/02/2002 12:26 PM     cc: Bryan Saddler/WHQ/HUDOIG@HUDOIG
Subject: Re: Mediation Session for James Malloy

Seldon is interested in resolving the Malloy matter. EEO is going to set up an ADR session, but Seldon is also open to us discussing the issues directly with him. Rick


Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500
----- Forwarded by Richard Johnson/WHQ/HUDOIG on 12/02/02 12:24 PM -----

 "Robert C. Seldon, Esq." &lt;rcs@projectlaw.org&gt;
12/02/02 12:00 PM

To: &lt;John_W._Burden@HUD.GOV&gt;
cc: "Rick Johnson" &lt;rjohnson1@hudoig.gov&gt;
Subject: Re: Mediation Session for James Malloy


```
This week is out for me. Next Wed. or Fri. is fine.

I have a suggestion, however.

The agency opened a dialogue with us and, I believe, the parties may be in a
position to resolve this matter on their own.

My proposal is to schedule ADR for two weeks from now, with the idea that
the parties will discuss possible resolutions before then.

Regards,

Bob Seldon




----- Original Message -----
From: <John_W._Burden@HUD.GOV>
To: <rcs@projectlaw.org>
Sent: Monday, December 02, 2002 9:23 AM
Subject: Re: Mediation Session for James Malloy


> Mr. Seldon,
>
> Have you determined which dates you have open for the mediation session?
>
> Thanks/John
> ----- Forwarded by John W. Burden/FHEO/HHQ/HUD on 12/02/02 09:26 AM -----
>
>                        John W. Burden
>                                                    To:     "Robert C. Seldon,
Esq."
>                        11/26/02 06:51 AM           <rcs@projectlaw.org>@MTA
```

```
>                                                   cc:
>                                                   Subject: Re: Mediation
Session for James Malloy
>                                                   (Document link: John W.
Burden)
>
>
>
> Please provide dates that you have open.
>
> Thanks/John
>
>
>
>                      "Robert C.
>                      Seldon, Esq."           To:
<John_W._Burden@HUD.GOV>
>                      <rcs@projectlaw.        cc:
>                      org>                    Subject: Re: Mediation
Session for James Malloy
>
>                      11/25/02 05:02
>                      PM
>
>
>
>
>
> Unfortunately, neither is free.
>
> Bob Seldon
>
>
>
> ----- Original Message -----
> From: <John_W._Burden@HUD.GOV>
> To: <rcs@projectlaw.org>
> Sent: Monday, November 25, 2002 3:08 PM
> Subject: Mediation Session for James Malloy
>
>
> > Mr. Seldon:
> >
> > Management officials are available on December 5 and 12 to participate
in
> a
> > mediation session.  Are either of these dates good for you and Mr.
> Malloy?
> >
> >
> >
>
>
>
>
>
>
>
```

| | |
|---|---|
| Richard Johnson<br>12/02/2002 01:45 PM | To: Agnes L. Proctor/IG/HHQ/HUD@HUD<br>cc:<br>Subject: Re: Mediation Session for James Malloy |

The 19th is fine with me.

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613;  Fax: 202-401-3778
HUD OIG;  Office of Counsel to the Inspector General
451 7th Street, S.W.,  Suite 8260
Washington DC 20410-4500

| | | |
|---|---|---|
| Richard Johnson | To: | rcs@projectlaw.org |
| 12/02/2002 01:48 PM | cc: | |
| | Subject: | Malloy |

Bob, I got your voice-mail and e-mail re ADR. Before calling you back I need to discuss with managment.
Rick


Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500

| | |
|---|---|
| Richard Johnson | To: rcs@projectlaw.org |
| 12/06/2002 08:39 AM | cc: |
| | Subject: Malloy Settlement |

Bob, This is my attempt at drafting the settlement language.



malloy-settle-para4.dc

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613;  Fax: 202-401-3778
HUD OIG;  Office of Counsel to the Inspector General
451 7th Street, S.W.,  Suite 8260
Washington DC 20410-4500

Fourth: The parties further agree as follows:

1. The Complainant will remain on administrative leave until January 6, 2003. The Complainant will report to his duty station as Assistant Special Agent in Charge, Region 6, on January 6, 2003.

2. The Complainant voluntarily and on his own initiative agrees to resign or retire from the Agency, effective February 3, 2003.

3. The Complainant's primary responsibility from January 6, 2003, to February 3, 2003, will be to assist the new SAC, Lester Davis, in transitioning to Region 6. The Complainant will provide support and advice as necessary to transition the workplace; however, the Complainant will make no personnel or fiscal decisions without the approval of SAC Lester Davis.

5. The Agency represents that it has not initiated any administrative or disciplinary actions against the Complainant. While the Agency has conducted or is conducting an investigation on the Complainant, the Agency has found no evidence of any criminal or serious misconduct, and the Complainant is not required to retire or resign from his position due to any such allegations. The Agency does represent that it was considering directing the reassignment of the Complainant in conjunction with other organizational changes, but no decision had been made.

6. The Agency agrees that if there is no evidence of serious misconduct occurring after the date this agreement is executed, the Agency will take no disciplinary or administrative action against the Complainant, and the Complainant is resigning or retiring freely and voluntarily.

7. The Agency will conclude its investigative activity prior to February 3, 2003. In no event will any investigative activity occur after the resignation or retirement of the Complainant. Provided there is no serious misconduct after the date of this agreement, on any future application for employment or a security clearance, the Complainant may truthfully **deny** that he left the Agency due to threats of adverse action or allegations of misconduct.

8. The Complainant is authorized to represent HUD OIG, Region 6, at meetings with local law enforcement and federal agencies. The Complainant is specifically authorized to attend the local IG Council meeting in January 2003.

9. The Agency will provide any future inquiries by potential employers with neutral references at the request of the Complainant. The Complainant will refer any prospective employers to a personnel specialist, specifically the Branch Manager; Processing Pay and Leave Branch; Bureau of Public Debt, who will provide a neutral reference regarding the Appellant's employment, confirming only the information as set forth at 5 CFR 293.311, without any reference to any administrative action or investigation taken by the Agency. No employee of the Agency will ever be required to provide inaccurate or misleading if

required to answer any questions particular to the Complainant. When possible the Agency will first attempt to refer any such questions to a personnelist identified above at the Bureau of Public Debt. If the Complainant provides the names of any individual employees at OIG as references, he understands that employee will truthfully answer any questions posed directly to him or her.

10. All costs, including attorney fees, will be borne by the respective parties.

| | |
|---|---|
| Richard Johnson | To: rcs@projectlaw.org |
| 12/10/2002 08:10 AM | cc: |
| | Subject: Malloy |

Bob, AIGI Haban would like to change ASAC Malloy's start date to January 7, 2002. I told him that probably is not a problem. Otherwise everything else seems to be okay. Rick


Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500

| | |
|---|---|
| Richard Johnson<br>12/10/2002 11:35 AM | To: "Bob Seldon" <rcs@projectlaw.org><br>cc:<br>Subject: Re: Malloy |

Thanks. I will be doing reserve duty tomorrow. Hope to be back on Thursday.

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500

Richard Johnson  
12/16/2002 12:47 PM

To: rcs@projectlaw.org  
cc: Agnes Matthews/WHQ/HUDOIG@HUDOIG  
Subject: Malloy settlement

Bob, Anything new on Malloy? The EEO office is asking if they should cancel the ADR on Monday or commit to it. Rick

Richard K. Johnson  
Associate Counsel to the Inspector General  
Tele: 202-708-1613; Fax: 202-401-3778  
HUD OIG; Office of Counsel to the Inspector General  
451 7th Street, S.W., Suite 8260  
Washington DC 20410-4500

Richard Johnson     To: Agnes Matthews/WHQ/HUDOIG
12/16/2002 02:27 PM     cc:
    Subject: Re: Malloy settlement

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500
—— Forwarded by Richard Johnson/WHQ/HUDOIG on 12/16/02 02:27 PM ——



"Robert C. Seldon, Esq."     To: <RJohnson1@hudoig.gov>
<rcs@projectlaw.org>     cc:
12/16/02 01:17 PM     Subject: Re: Malloy settlement

```
Rick -- I've been working through Jim's concerns and will be back with you
later today.  In all honesty, I am not hopeful we will be able to work
things out.
```

Bob



"Robert C. Seldon, Esq." &lt;rcs@projectlaw.org&gt;

12/16/02 02:33 PM

To: &lt;RJohnson1@hudoig.gov&gt;
cc:
Subject: Re: Malloy settlement

Rick -- As I explained at the outset, the core elements of a settlement for Jim Malloy were restoring his professional reputation and closing out OIG's pending investigations favorably. Doing so would permit Jim to move on elsewhere in the world of law enforcement and recognize his years of excellent service for your agency.

The settlement OIG proposed doesn't do that. Since I assume that OIG knew what was important to Jim when it drafted its proposal, we are at a dead end.

I think one or both of us should contact Peggy Proctor and let her know that the parties have discussed settlement but did not achieve one, and that the parties agree that it would be fruitless to participate in ADR at this time.

Wish I had better news,

Bob Seldon



"Robert C. Seldon, Esq." &lt;rcs@projectlaw.org&gt;
12/23/2002 12:43 PM

To: "Rick Johnson" &lt;rjohnson1@hudoig.gov&gt;
cc:
Subject: Malloy Settlement

Rick -- I spent quite a bit of time speaking with Jim Malloy this weekend about what his aims are. The short answer is that he needs to think about this for a while.

The decision is a very important one to Jim and I hope that having this period of "detente" will not cause anyone to act one way or the other. It is, after all, the holiday season.

Bob Seldon

Richard Johnson

12/30/2002 07:40 AM

To: Saddler Bryan@HUDOIG, Rudolph Haban/WHV/HUDOIG@HUDOIG, Daniel Salas/WHQ/HUDOIG@HUDOIG
cc:
Subject: Malloy Settlement

FYI - Seldon requests we hold off issuing any reports on Malloy over the holidays.

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613; Fax: 202-401-3778
HUD OIG; Office of Counsel to the Inspector General
451 7th Street, S.W., Suite 8260
Washington DC 20410-4500
----- Forwarded by Richard Johnson/WHQ/HUDOIG on 12/30/02 07:39 AM -----



"Robert C. Seldon, Esq."
<rcs@projectlaw.org>
12/23/02 12:43 PM

To: "Rick Johnson" <rjohnson1@hudoig.gov>
cc:
Subject: Malloy Settlement

Rick -- I spent quite a bit of time speaking with Jim Malloy this weekend about what his aims are. The short answer is that he needs to think about this for a while.

The decision is a very important one to Jim and I hope that having this period of "detente" will not cause anyone to act one way or the other. It is, after all, the holiday season.

Bob Seldon

| | |
|---|---|
| Richard Johnson<br>12/30/2002 07:48 AM | To: "Robert C. Seldon, Esq." <rcs@projectlaw.org><br>cc: Bryan Saddler/WHQ/HUDOIG@HUDOIG<br>Subject: Re: FYI |

Thanks, Bob. I know we all would have preferred another route to resolve this matter. Rick

Richard K. Johnson
Associate Counsel to the Inspector General
Tele: 202-708-1613;  Fax: 202-401-3778
HUD OIG;  Office of Counsel to the Inspector General
451 7th Street, S.W.,  Suite 8260
Washington DC 20410-4500

Richard Johnson  
01/03/2003 10:02 AM

To: Saddler Bryan@HUDOIG, Rudolph Haban/WHV/HUDOIG@HUDOIG, Daniel Salas/WHQ/HUDOIG@HUDOIG  
cc:  
Subject: Malloy - I sent this to Seldon this morning.

Good morning Bob, I passed on that Mr Malloy wanted the holiday period to consider his options since the proposed settlement fell through. Now that the holidays are over the Office of Investigations is looking to make some decisions next week, some of which could affect your client.

As I understand it, Mr. Malloy wants the investigations completed with the allegations unsubstantiated and management to affirmatively state that he did nothing improper. I believe our settlement proposal came as close to that as we could honestly do. As I indicated before, completing the investigations may not be helpful in resolving this matter. If that is still the sticking point, I would like to pass that on to management next week, and we can move on from there.


Richard K. Johnson  
Associate Counsel to the Inspector General  
Tele: 202-708-1613;  Fax: 202-401-3778  
HUD OIG;  Office of Counsel to the Inspector General  
451 7th Street, S.W.,  Suite 8260  
Washington DC 20410-4500