**ATTACHMENT I**

EXHIBIT F21a

# Log of ROI for Special Agents Romero and Richardson

## ROMERO

| | |
|---|---|
| ROI Dated | June 28, 2002 |
| Open for Investigation | July 21, 2001 |
| Assigned to Complainant's Jurisdiction | August 8, 2002 |

## RICHARDSON

| | |
|---|---|
| ROI Dated | April 5, 2002 |
| Open for Investigation | October 31, 2000 |
| Assigned to Complainant's Jurisdiction | September 5, 2002 |