**ATTACHMENT J**

UNITED STATES DEPARTMENT OF HOUSING

& URBAN DEVELOPMENT

SID CASE NO. 0200421

INTERVIEW WITH JAMES MALLOY

Fort Worth, Texas

Thursday, September 19, 2002

2

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (10:30 a.m.) |

3   MR. ROBINSON: Today is
4 September 19, year 2002. This is special
5 agent or assistant to the special agent in
6 charge, John C. Robinson, who works for HUD,
7 Housing & Urban Development, assigned to the
8 Special Investigations Division of the OIG.
9        I am here for the purpose of S-I-D
10 Investigation number 0200421. I am
11 physically located in Fort Worth, Texas at
12 the southwest regional Office of
13 Investigations. I am here for the purpose
14 of interviewing assistant special agent in
15 charge James M. Malloy. Present with me at
16 this investigation is SID at SAC Special
17 Agent Jerry Thomas.
18        Jerry, could you identify yourself
19 and spell your name for the record?
20        MR. THOMAS: Jerry Thomas,
21 T-h-o-m-a-s.
22        MR. ROBINSON: And also I'm here

```
                                                              3
1    once again to interview James Malloy ASAC in

2    the capacity of a witness in this

3    investigation.  Jim, could you state your

4    name and spell it for the record, please?

5              MR. MALLOY:  My name is James, M

6    as in Malloy, Malloy, M-a-l-l-o-y.

7              MR. ROBINSON:  Okay.  Before we

8    get started, Jim, what I have here is --

9    once again I am interviewing you as a

10   witness in this case -- an administrative

11   advisement of rights and what I'd like to do

12   is I'm going to read this into the record

13   and you can go and read this document and

14   listen to me and read this document and then

15   ask you if you understand it to sign it at

16   the end.

17             But it's basically administrative

18   advisement of rights and it states that

19   before we ask you any questions you must

20   understand your responsibilities an employee

21   of the United States Department of Housing &

22   Urban Development, HUD.
```

```
                                                              4
 1              This is a purely administrative
 2    inquiry.  The purposes of the interview is
 3    to obtain your responses to questions
 4    concerning an issue of private work on
 5    government time, and misuse of an official
 6    government vehicle as it relates to your
 7    official duties and knowledge of those
 8    duties.  You have a duty as an employee of
 9    HUD to answer questions concerning your
10    employment.  Your failure to answer relevant
11    and material questions as they relate to
12    your official duties may cause you to be
13    subjected to disciplinary action including
14    possible removal by the HUD.
15              Any information or evidence you
16    furnish in response to questions to you put
17    to you during this interview or any
18    information or evidence which is gained
19    through your answers may be used against you
20    in an administrative proceedings.  What I'm
21    going to ask you to do now is look this over
22    and acknowledge that you have read the above
```

```
                                                    5
 1    advisement and understand its contents.
 2            By the way for purposes of this
 3    case the time is now 11:00 --
 4    correction 10:39 a.m.
 5            MR. MALLOY:  I have read the above
 6    advisement and understand its contents and I
 7    am now signing it.
 8            MR. ROBINSON:  Okay.  Thanks, Jim.
 9    Thank you, Jim.  And at this time -- this is
10    John Robinson -- I will be signing it as a
11    witness and we'll also have Jerry Thomas
12    sign as a witness.  Okay.
13            Jim, let me just advise you the
14    reason we're here talking to you as a
15    witness today in this matter it concerns
16    allegations which have come to our attention
17    concerning your supervisor ASAC Special
18    Agent in Charge, Larry Chapman, and that
19    allegations have been made that circa during
20    the times of the year 2000-2001 that
21    Mr. Chapman allegedly has been involved in
22    the development of a personal property at
```

6

1  Weatherford or Peester, Texas in which he
2  was going to in the process of building --
3  making or building buildings on his property
4  a dwelling, a temporary dwelling, and had
5  done this work or had given oversight of
6  this work during government time, within
7  hours of government time, and has used his
8  official government vehicle in that
9  capacity, having that out there.
10              So basically we're talking about
11 misuse of government time for private and
12 also a misuse of an official government
13 vehicle and what I'm here today to talk to
14 you about is any and all knowledge that
15 concerns this but before we get started and
16 I ask you any questions, further questions,
17 is you just please raise your right hand and
18 I'll swear you in?
19 Whereupon,
20              JAMES MALLOY
21 was called as a witness and, having been
22 first duly sworn, was examined and testified