**ATTACHMENT L**

**AFFIDAVIT**

U.S. Department of Housing and
Urban Development
Office of Inspector General
*Office of Investigation*

DATE: 10/28/2002    CITY, COUNTY AND STATE: Arlington, Tarrant, Texas

I, Tammy L. Gilbert, having been duly sworn by Bradley P. Geno, who has identified himself to me as a Special Investigator, Office of Inspector General, U. S. Department of Housing and Urban Development, do hereby solemnly swear/affirm:

Question: Did you attend the "all hands" meeting at the Arlington HFI office on September 23, 2002?

Answer: Yes.

Question: Did you hear anyone at the meeting make statements similar to the following?;
"We have to circle the wagons."
"Lets get our story straight."
"They can't make you remember things."

Answer: During meeting it was clear to me that someone was under investigation. Larry stated that "It was alright to have Alzheimer's" and "If you don't remember then you don't remember." "There's nothing wrong with saying you don't recall if you don't recall." He also said "It's not a crime to have problems with your memory. Jim Malloy said something like "We need to forget our past differences and come together" "Circle the wagons" or words to that effect. Dan Truxal informed us that SID was applying a term he referred to as "Lack of candor." Larry implied that if we did not cooperate, this term could be applied toward us. Truxal indicated that definition of the term was open to interpretation. After which Larry advised that if approached by "these people" we should cooperate but prior to doing so, ensure what type of investigation is being conducted and seek legal counsel. I feel Larry was trying to make us very leary or cautious of speaking with SID. I knew that SID had been here and that there was a probability that an investigation was being conducted. In light of that I felt that the remarks made by Chapman, Malloy and Truxal were inappropriate.

Question: Did anyone make any remarks relating to headquarters and/or SID, and provide coaching relating to dealing with them?

Answer: I heard several comments from Chapman about how things were going to be done differently now and that a lot of former Secret Service had been brought on. Janeen, commented on how she was going be required to do a lot more administratively.

Question: Did you hear any manager of the Southwest region make any remarks that you would consider improper or unprofessional for a manager to make in that meeting?

Answer: The statements I quoted previously were all improper for a manager to have made.

Question: Do you have anything you would like to add to this statement?:

Answer: Max Eamiguel was not present during the entire meeting although he was in and out. He was not part of the negative comments made and later asked me about what had happened in the meeting. Max told me not to leave and that things were going to get better.

I have read the above statement consisting of 2 pages and it is true and complete to the best of my knowledge and belief. I have initialed each page and all corrections.

/s/ Lanny L. Gilbert

Subscribed and sworn before me at

_____

on this 28th day of October, 2002.

/s/ _____
Special Investigator, HUD OIG Investigation

WITNESSED: _____
/s/