**ATTACHMENT M**

Also See Attachments to

# EEO Complaint of Discrimination in HUD

*See Instructions and Privacy Act Statement on Reverse*

**1. Name:** James M. Malloy
**2. SSN:** [redacted]
**Case No. (For HUD Use Only):** IG-03-02
**3. Mailing Address:** 2338 Harrison Ave / Ft Worth, Texas 76110
**4. Home Phone:** 817-924-2334
**5. Work Phone:** 817-478-9365
**6. Are You Now Working for the Federal Government?** ☒ Yes  ☐ No  *Plan to retire on 1/3/2003
**6. Position Title:** Assistant Special Agent in Charge
**7. Grade & Series:** GS-14-1811

**9. Office Where You Believe Discrimination Occurred:** U.S. Dept of HUD - OIG, Washington, D.C.

**10. Name, Title and Organizational Unit of Person(s) Who Took the Action(s) You Allege Was Discriminatory:** HUD-OIG
Joe Haban, AIGI, HUD-OIG, OI
Dan Salas, Deputy AIGI, HUD-OIG, OI
John McCarty, Std SAC, HUD-OIG, OI

**11. Name and Address of Agency Where You Work:** HUD-OIG, OI, Fort Worth, TX

**12. Date Notice of Right to File Complaint Received:**

**13. I designate this person to be my representative.**
**a. Name & Title:** Robert Seldon, Attorney
**b. Address:** 1319 F St. NW, Suite 305, Washington DC 20004
**c. Home Phone:**
**d. Work Phone:** 202-955-6968 x1

**14. Type of Discrimination Alleged:**
☒ Race (Specify): Native American
☐ Color (Specify):
☐ Religion (Specify):
☐ National Origin (Specify):
☒ Sex (Specify): Male
☒ Age (Specify): Over 40
☐ Handicap (Specify):
☒ Reprisal (Specify):

**15. Date each Alleged Act of Discrimination Took Place:** October 10, 2002

**16. Explain the specific actions or situation that resulted in your allegation(s)...:** HUD-OIG through Haban, Salas, and McCarty discriminated and retaliated against me because of race (Native American), sex (male), age (over 40) when I was placed on administrative leave on October 10, 2002, when an unwarranted investigation was conducted against me, when I was forced to be a proposing official concerning discipline of two employees and did not dole out harsh enough punishment to Haban's satisfaction, that I was not allowed an opportunity to put in for vacant SAC or ASAC in Houston positions, that Haban rescinded his approval for retro-application of use of sick leave, and that Salas and Haban illegally prohibited me from going TDY for career training, and that I was placed on a PIP and on a letter of attack plan.

**17. I have discussed the issues in Section 16 with an EEO counselor.** ☒ Yes
**Date of initial contact:** 10/17/02
**Date of final interview:** 10/6/02
**18. Name of EEO Counselor:** Joe Davalos, Denver, CO

**19. Corrective Action Sought:**
(1) Reinstatement as ASAC of Region 6 in Houston Post of duty or reassignment to Region 6 SAC
(2) Back pay
(3) Immediate termination of investigation
(4) Damages to maximum amount allowable by law
(5) Attorney fees and all costs associated with this matter

**20. Signature of Complainant:** James M Malloy
**21. Date of Complaint:** 1/2/2003