**ATTACHMENT N**

October 18, 2002

Memorandum For: Daniel Salas, Deputy Assistant Inspector General for Investigations
From: James M. Malloy
Subject: Personal Records

On or about Wednesday, September 18, 2002, I was interviewed by John Robinson and Jerry Thomas from HUD-OIG/SID and was advised that I was a witness regarding allegations that (since retired) SAC Larry Chapman had misused government equipment and time to build a house on his personal property. This interview occurred in my Fort Worth office and was taped by these agents. At the end of the interview, Thomas requested that I make copies of my personal diaries for calendar years 2001 and 2002 and provide him with these records after I had copied them. After the agents left my office I contacted FLEO regarding Thomas' request and Larry Berger, FLEO's counsel, saw no nexus for Thomas' request for my personal diaries in an investigation involving another employee. After getting off the phone with Berger, I located Thomas and Robinson in a vacant office in our Fort Worth space and told them what Berger had told me. I also told Thomas, in Robinson's presence, that there was nothing in my personal diaries about any misconduct issues involving Chapman.

This document will serve as notice to you that the documents SID requested are personal in nature. I have reviewed them and there is nothing there which relates to Chapman's alleged misconduct. Although I am reluctant to provide personal information upon request, I will provide any documentation or information in categories of documents or information that are specific to the SID investigation or to OIG business.

James M. Malloy

DEPOSITION EXHIBIT #9 Salas