**ATTACHMENT P**



**James Malloy**
08/29/02 06:59 PM

To: James Malloy/FTW/HUDOIG@HUDOIG
cc:
Subject: Dave Neufer Contact

Dave Neufer at BPD called yesterday to ask me if I had received the ROI on Cortez Richardson; I told him I did not know what he was talking about. He said that Rick Johnson had advised him that I would be the proposing official and that you would be the action official. He said that he was not recommending termination but that he was recommending serious time off. I told him that you had told me that you would be receiving the ROI but that noone had ever contacted me about this nor did I know that I would have any part of this. I told him I did not think that I was the appropriate official to be making this decision but that I knew he was only the messenger. I believe I told him that the Denver SAC took his position fully knowing that he would have to deal with the problems out there and that was why he was being paid the big bucks. I told him that we had not received the report as yet and my guess was that it was on Joe Haban's desk. He said he would check on it.

I also talked to Lester Davis about this when he called yesterday about something else that he needed. He said the the Denver SAC is dealing with a number of problems out there and they wanted to relieve him of this problem. I voiced my displeasure about this being forced upon me without any contact from Haban or HQ.

I told both that maybe it was time for me to consider grievance/eeo procedures available to me as I did not feel I was being treated fairly. I told them it appeared that might be trying to dump this on a diverse supervisor to deal with a diverse employee. I told Lester it was my belief that was the reason Ken Taylor had been sent out to the trial to monitor it and then to stay in Denver as Acting ASAC. I asked Lester why didn't they follow through and let Taylor be the proposing official and he just laughed.

Today I talked to Lester again and in the course of talking to him apologized for venting on him. I told him my beef was with Joe and above and not with Lester. He said I should talk to Joe and I said I would if he ever called. I told him I planned on talking to him when we were in Tampa.

Lester asked why things were always negative in Texas. I said Tighe and Beard were two of the reasons. I stood up for our productivity and the fact that we attempted to deal with problem employees unlike other managers. I also told him that managers who had no problems also sometimes had no results or employee issues because they never dealt with them.


DEPOSITION EXHIBIT #6 NuHFe 11-28-06