**ATTACHMENT Q**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MALLOY, JAMES M | [redacted] | 10/31/50 | 01/03/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 302 | RETIREMENT VOLUNTARY |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| SQM | 5 U.S.C. 8336 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPERVISORY CRIMINAL INVESTIGATOR
99G40811    99G408

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 14 | 08 | 119,943.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 86,585.00 | 9,438.00 | 96,023.00 | 23,920.00 |

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**14. Name and Location of Position's Organization**
HUD OFFICE OF INSPECTOR GENERAL
FORT WORTH AREA OFFICE OIG
FORT WORTH DIS SPC AGT IN CHRG

**22. Name and Location of Position's Organization**

                                                            5A
HU HG0601070040000000    PP 26 2002

### EMPLOYEE DATA

| 23. Veterans Preference | | | | 24. Tenure | | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-None   3-10 Point/Disability   5-10 Point/Other | | | 1 | 0-None   2-Conditional | | | YES  [X] NO |
|   | 2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | | | | 1-Permanent   3-Indefinite | | | |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| D0 | BASIC-STANDARD | 9 | NOT APPLICABLE | 0 |

| 30. Retirement Plan | | 31. Service Comp Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| 6 | CS (7 1/2 PL 93-350) | 09/16/73 | F | FULL TIME | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 1 | 1-Competitive Service   3-SES General | E   E-Exempt | | 8888 |
|   | 2-Excepted Service   4-SES Career Reserved |    N-Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 48-2450-439 | FORT WORTH    TARRANT    TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
FORWARDING ADDRESS= 2338 HARRISON AVENUE, FORT WORTH, TX 76110-1108.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
TRANSFER FEHB ENROLLMENT TO OPM.
BASIC LIFE INSURANCE: ELECTED 75% REDUCTION.
STANDARD OPTIONAL INSURANCE: ELIGIBLE TO CONTINUE: COVERAGE BEGAN 09/16/73.
ADDITIONAL OPTIONAL INSURANCE: DECLINED.
FAMILY OPTIONAL INSURANCE: DECLINED.
REASON FOR RETIREMENT: "RETIREMENT."
SALARY IN BLOCK 12 INCLUDES AVAILABILITY PAY OF $ 23,920.00.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HOUSING & URBAN DEVELOPMEN | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | SANDRA L HICKS |
|---|---|---|---|
| HU HG | 2731 | 01/07/03 | PERSONNEL OFFICER |

3-Part  50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237