Case 1:05-cv-01117-RCL    Document 34-25    Filed 07/18/2007    Page 1 of 3

**EXHIBIT 3**

# Robert C. Seldon & Associates, P.C.

*Attorneys-At-Law*
*1319 F Street, N.W., Suite 305*
*Washington, DC 20004*
*202-955-6968 ·fax: 202-318-2287*

---

June 4, 2007

**VIA E-MAIL**
AUSA Jane Lyons
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

    Re:  <u>Malloy v. Jackson, Civ. Action No. 04-1117 (RCL)</u>

Dear Jane:

  At Jim Malloy's deposition, you asked for some additional information concerning his lineage. Here is what he has provided me.[1]

  Martha Drake, Mr. Malloy's great grandmother, was born on 12/28/1859, and died on 1/28/1932. She was full-blooded Native American. Martha Drake married Mr. Malloy's great grandfather, George Maloy, who Mr. Malloy also believes was full- or part-blooded Native American. Mr. Malloy does not have the date they were married or the dates of his great grandfather's birth or death. Martha Drake took the name Martha Maloy after her marriage to George Maloy. Mr. Malloy has been told that both were born in Arkansas and that their parents were from Tennessee where, at least as he understands it, there are fair-sized Native American populations. George Maloy's father was named James Maloy; Mr. Malloy was not told the name of his mother or the names of Martha Drake's parents. George and Martha Maloy are both buried in a family cemetery on private property no longer owned by the family in Bunch, Oklahoma, which also has a substantial Native American population.

  The children of George and Martha Maloy, who were also of Native American national origin, were: Harve, who was born on 11/28/1878 and died on 3/1942; John Nolan, who was

---

[1] Free State Reporting did not provide us with the transcripts of Mr. Malloy's deposition on May 10, 2007, when it e-mailed an electronic version. Mr. Malloy has given me these initial comments/corrections in less than 30 days, as the Federal Rules require. We will be going over any other changes or corrections this afternoon or tomorrow. Based on the information he has imparted to me so far, there are no other corrections of any consequence, although naturally we have to reserve the right to make needed ones.

AUSA Jane Lyons
June 4, 2007
Page 2

born on 4/3/1879 and died on 9/24/1947; Bert, who was born on 9/25/1884 and died on 10/20/1944; Jessie, who was born on 8/15/1888 and died on 11/6/1967; Annie, who was born on 8/15/1888 and died as a teenager; James, who was born on 7/5/1892 and died on 1/29/1918; and Delphia, who was born on 11/30/1894 and died 6/22/1927.

John Nolan Maloy, their second child, is Mr. Malloy's grandfather. He married Mr. Malloy's grandmother, Rebecca Jane Tabor, in October 1905, and they had thirteen children: Lennie Leota, who was born on 9/27/1906; James Edward, who was born on 6/9/1908; Ralph Raymond, who was born on 7/1/1911; Ernest David, who was born on 2/22/1914; Ruby Edna, who was born on 6/19/1916; Verna Irene, who was born on 1/26/1919; Wanda Louise, who was born on 6/22/1921; Betty Jean, who was born on 4/30/1924; Billy Jack, who was born on 6/28/1926; Harvey Melvin, who was born on 7/4/1928; Geneva Mae, who was born on 5/27/1930; Bobby Darrell, who was born on 7/16/1931; and Dwight Elgin, who was born on 10/25/1932. They are part-blooded Native American.

There are also a number of full or part-blooded Native Americans who are relatives of Mr. Malloy, who attend family reunions and events.

Mr. Malloy was advised by family members that one or more school teacher(s) in Oklahoma felt the correct spelling of the family name should be Malloy instead of Maloy when Lennie Leota Maloy went to school. That is how the family name came to be changed to Malloy. Several of Mr. Malloy's aunts and uncles also recounted their experiences with prejudice while growing up, and being looked down upon as being "ignorant Indian kids."

Please let me know if there are additional documents or information that you are in need of to complete this matter.

Very truly yours,

Robert C. Seldon

Cc:    James Malloy