```
                                                                    1
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - - - - -x
 5  JAMES MALLOY,                 :
 6           Plaintiff,           :
 7      vs.                       :  Case No: 05-1117 (RCL)
 8  ALPHONSO R. JACKSON,          :
 9           Defendant            :
10  - - - - - - - - - - - - - - -x
11
12                              Washington, D.C.
13                              Wednesday, March 7, 2007
14
15
16  Deposition of:
17                   JAMES MALLOY
18  the Deponent, called for examination by counsel for the
19  Defendants, pursuant to notice and agreement as to time and
20  place, at 501 3rd Street, N.W., Washington, D.C., before
21  Jack L. Becker, a Notary Public in and for the District of
22  Columbia.
23
24
25
```

1  to it before.
2                              (Whereupon, the document that
3                              was referred to as Exhibit
4                              Number 7 was marked for
5                              identification.)
6       BY MR. SELDON:
7       Q.   Mr. Malloy, I'd like to turn your attention to the
8  questions about this Robbie Tighe matter you were asked.  You
9  spoke on the record about Tighe's racist comments that he made
10 to you about you being a Native American.  Do you recall that?
11      A.   Yes, sir, I do.
12      Q.   Are you aware of any similar comments that Mr. Tighe
13 made about blacks or Hispanics?
14      A.   Yes, sir, I am.
15      Q.   What were they?
16      A.   Just derogatory comments to Hispanic agents and
17 African-American agents.
18      Q.   Did those Hispanic agents include Steve Romero?
19      A.   Yes, sir, they did.
20      Q.   Did you ever bring these allegations to the
21 attention of Joseph Haban?
22      A.   Either I did or Larry Chapman did.
23      Q.   Tighe was selected as your successor, correct?
24      A.   Yes, sir, he was.
25      Q.   Were those allegations brought to Mr. Haban's

1  knowledge during that selection process, if you know?
2      A.   They were brought to his attention before Tighe was
3  selected.
4      Q.   During that process, if you know?
5          MS. LYONS:  If you could indicate how you know, we
6  can skip some questions by me in a minute.
7          BY MR. SELDON:
8      Q.   If you know, first, and then, if so, if you'll tell
9  us how.
10     A.   Well, I believe they were brought up through the
11 Greg Burns investigation that came out as a result of the EEO
12 complaint filed by Tighe.
13     Q.   What was Haban's relationship professionally to Greg
14 Burns at that time?
15     A.   He was Greg Burns' immediate supervisor and Haban
16 was over Internal Affairs at the time.  I do recall that Joe
17 Haban was the one that sent the e-mail out to Larry Chapman or
18 the document that went out to Larry Chapman telling Chapman
19 that Chapman was to make the special agents available in the
20 region to be interviewed by Haban's subordinate, Greg Burns.
21     Q.   And Reports of Investigation that were prepared by
22 subordinates of officials like Mr. Haban, were there Reports
23 of Investigation that were compiled in those as a matter of
24 standard business practice?
25         MS. LYONS:  Objection, foundation.

```
 1        Q.   Even if you didn't know them all on personal
 2   knowledge?
 3        A.   Yes, sir.
 4        Q.   Did you have any reason to believe that Mr. Chapman
 5   had coordinated the discipline of Cortez Richardson with the
 6   Bureau of Public Debt?
 7        A.   Yes, sir, I had.
 8        Q.   What was that?
 9        A.   He had talked to Nuhfer and had gotten -- ultimately
10   gotten the Report of Investigation.  He had asked for a
11   clarification of the issue of the timeliness.
12        Q.   Okay.  And did you have any reason to believe from
13   that that Mr. Chapman's action or inaction had been
14   coordinated with the Office of Counsel?
15        A.   Yes, sir, I had.
16        Q.   What was that?
17        A.   I know that Nuhfer and Rick Johnson talked quite a
18   bit about anything that involved personnel matters, and when
19   Nuhfer called to tell me that I was the proposing officials, I
20   said who told you that and he said Rick Johnson told me that.
21        Q.   Okay.  Did Mr. Johnson ever contact you after that
22   to try and make sure you coordinated this with him or with Mr.
23   Nuhfer?
24        A.   No, sir, he did not.
25        Q.   Did Mr. Nuhfer put you under any deadline to get
```

1   Q.  If you know.

2   A.  I know that he --

3   Q.  Don't even -- it's already in the EEO record. It
4 doesn't even matter how you know, so we'll move on. You gave
5 some testimony about what Mr. Davis said to you when he was
6 the head of Region 6 about whether or not you could be a
7 supervisor in Region 6. Do you recall that?

8   A.  Yes.

9   Q.  What exactly did he say to you in sum and substance?

10  A.  I asked if I could laterally -- that I had always
11 been interested in going to Houston as the manager, that I had
12 family there, that I also -- I don't know if I told him that,
13 but I certainly would have made out on the, you know, locality
14 there, and that, you know, I would certainly be willing to go
15 down there and pay my own moving expense to move down there
16 and, you know, whether I could do it in that fashion or
17 whether or not I could apply for the job, and he told me that
18 he had been told by Headquarters that I couldn't ever be a
19 supervisor in the Southwest District. And I had the -- in
20 addition to that -- well, I'll close there.

21  Q.  Is that why you didn't apply for the Southwest
22 Region Assistant Special Agent in Charge position that was
23 filled by Mike Kepler?

24  A.  That was one reason. The other reason was the
25 document returning me to duty that Joe Haban wrote in which he

1  most of those people were going to be, you know, on federal
2  holiday in that time frame, but that, you know, once they came
3  back that, you know, I could start putting that list together.
4          And then there were some duties that -- regarding
5  the case binders, the investigative case files, and, you know,
6  I'm assuming probably -- yeah, it had something to do with the
7  case files which was probably to, you know, go through and
8  make sure that the -- yeah, make sure that everything was in
9  the file that needed to be in the file and/or process the aged
10 files and get them out of the file system.
11     Q.   Was this also a clerical type duty?
12     A.   Yes, sir.
13     Q.   Were you given investigative duties to do?
14     A.   No.  I was told that I couldn't do anything in that
15 area.
16     Q.   Anyway, we talked about your being under
17 investigation.  We began on how it contributed to your
18 decision to retire.
19     A.   Right.  I know there was some other -- I've still
20 got some other areas.
21     Q.   Okay.
22     A.   Once I came back, I was told that, you know, he
23 wasn't -- he was going to renege on his agreement to restore
24 my use or lose leave.
25     Q.   He being who?

1          BY MR. SELDON:
2      Q.   Why don't you answer first and then we'll do the
3  foundation.
4      A.   If there's an investigation conducted, there should
5  be some type of report done at the conclusion of the
6  investigation.
7      Q.   How do you know that to be the case?
8      A.   Based on my 30 years of experience or almost 30
9  years of experience as a special agent.
10     Q.   And do those have to be signed off or approved of by
11 anyone in particular?
12     A.   It's supposed to be by the supervisor, you know, in
13 the division that's conducting the investigation.
14     Q.   And so in the Tighe investigation conducted by Mr.
15 Burns, that would have been Mr. Haban?
16     A.   Yes.
17     Q.   Let's go to the situation about your diaries. These
18 first came up -- and these are your personal diaries, not the
19 log.  These were asked for by investigators when there was an
20 investigation about Larry Chapman, I take it?
21     A.   Yes, sir.
22     Q.   And you were a witness in that investigation?
23     A.   Yes, sir.
24     Q.   Why don't you tell us first what did the
25 investigators say to you about whether or not there were such