```
     UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X
  SAUNDRA G. ELION,            :

          Plaintiff            :

       v.                      : Case No. 05-0992(PLF)

                               :

  ALPHONSO R. JACKSON,          :

          Defendant            :
- - - - - - - - - - - - - - -X
```

DEPOSITION OF MICHAEL STEPHENS

Washington, D.C.

Wednesday, July 19, 2006

Deposition of MICHAEL STEPHENS, called for examination at 9:45 a.m., at the law offices of Robert C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite 305, Washington, D.C., before Gary S. Howard, a notary public in and for the District of Columbia, when were present on behalf of the respective parties:

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2  Whereupon,
 3                       MICHAEL STEPHENS
 4  was called as a witness and, having been first duly
 5  sworn, was examined and testified as follows:
 6                         EXAMINATION
 7            BY MR. SELDON:
 8      Q     Mr. Stephens, good morning.
 9      A     Good morning.
10      Q     For the record, would you please give us
11  your full name and your present position with the
12  Federal Government?
13      A     Michael Patrick Stephens -- S-t-e-p-h-e-
14  n-s, deputy inspector general, Department of
15  Housing and Urban Development.
16      Q     Mr. Stephens, let me start in a simple
17  place. It often happens that witnesses for the
18  government are needed for trial.
19            And so, typically, for law enforcement
20  people, we ask for home addresses to serve
21  subpoenas.
22            Because you're in law enforcement, I
```

1    Q    Okay. Mr. Stephens, you are presently the
2 deputy inspector general of the office of inspector
3 general of Housing and Urban Development, I take
4 it.
5    A    That's true.
6    Q    And when did you start in that position?
7    A    January, 2002.
8    Q    Prior to then, were you employed by the
9 Department of Housing and Urban Development?
10    A    No, I was not.
11    Q    For present purposes, especially, because
12 you're not necessarily a central figure here, we're
13 not going to go back in your employment history
14 before that.
15         During this period of time, which is now
16 four-plus year, have you always been the deputy
17 inspector general of HUD?
18    A    I have.
19    Q    Could you tell me, let's say, as of
20 today, and we'll go back if there's any changes, as
21 of today, what are your duties and responsibilities
22 as deputy inspector general?

```
 1    A      I'm the second-in-charge of the office of
 2 the inspector general. I get involved in the daily
 3 operations of all the divisions.
 4           That would be the office of
 5 investigations, office of audit, office of
 6 management and policy, office of legal counsel.
 7    Q      That's the list?
 8           (Pause.)
 9           You need to say yes or no for the Court
10 Reporter.
11    A      That's the list, yes.
12    Q      Okay. I take it presently you answer to
13 the inspector general directly.
14    A      I do.
15    Q      And each one of these office heads of the
16 four offices that you mentioned, do they answer
17 directly to you?
18    A      They do.
19    Q      Okay. And the head of the office of
20 investigations is an assistant inspector general
21 for investigations.
22           Is that right?
```

```
 1    A      It is.
 2    Q      And the head of the office of audit is an
 3 assistant inspector general for audit?
 4    A      It is.
 5    Q      And the head of OMAP, who is that?
 6    A      Dennis Raskin.
 7    Q      I meant by title.
 8    A      Assistant inspector general.
 9    Q      For management and policy?
10    A      For management and policy.
11    Q      Okay. And the head of the office of legal
12 counsel, by title?
13    A      We call him chief counsel.
14    Q      Okay. Are there other divisions or
15 bureaus that also answer directly to you?
16    A      No.
17    Q      When you say the office of investigations
18 answers to you, does this include headquarters, as
19 well as the field?
20    A      No. It's headquarters.
21    Q      Okay. Who do -- and I take it, we can
22 make this faster for you -- there are installations
```

1 of the office of inspector general in regions and
2 field offices around the country?
3    A    Field offices, yes.
4    Q    And to whom do those people answer
5 directly?
6    A    Well, the office of audit answers to Jim
7 Heist.
8    Q    As the assistant inspector general for
9 audit.
10   A    He's assistant inspector general for
11 audit.
12   Q    Okay.
13   A    The office of investigation answers to
14 Joe Haven.
15   Q    Okay.
16   A    As the assistant inspector general for
17 investigations.
18   Q    Okay. And then, in turn, those are the
19 individuals and positions that answer to you.
20   A    Correct.
21   Q    Okay. So these are your duties and
22 responsibilities today.