UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ERRATA TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff to the above action respectfully advises the Court that he has requested that the Clerk withdraw Attachment R to the Declaration of James Malloy, filed in conjunction with Plaintiff's Opposition to Defendant's Motion for Summary Judgment, from the public docket in order that it may be filed under seal. The corrected public filing is attached to this Errata. Plaintiff will file Attachment R under seal as soon as time permits and regrets any inconvenience caused the Court or defendant.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff

**ATTACHMENT R – UNDER SEAL**