UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,          )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>ALPHONSO R. JACKSON,   )<br>  Secretary of Housing And )<br>  Urban Development,       )<br>                              )<br>    Defendant.            )<br>_____) | Civ. Action No. 05-1117 (RCL) |

## NOTICE OF FILING UNDER SEAL

Plaintiff to the above action respectfully advises the Court that earlier today, plaintiff filed Attachment R to the Declaration of James Malloy under seal in accordance with the Court's Order of March 31, 2006. A paper copy of this Notice and the sealed Attachment R have been served by hand on defendant's counsel.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff