## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES MALLOY,                            )
                                         )
                     Plaintiff,          )
                                         )
          v.                             )      Civil  Action  No. 05-1117 (RCL)
                                         )      Electronic Case Filing
ALPHONSO R. JACKSON, Secretary of        )
  The United States Department of Housing )
  And Urban Development,                  )
                                         )
                     Defendant.          )
_____ )

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

The defendant, Alphonso R. Jackson, Secretary of the United States Department of

Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully

moves this Court pursuant to Rule 6(b)(2), Fed. R. Civ. P., to enlarge the time to file his reply in

support of summary judgment by two weeks.  Under the current schedule adopted by the Court,

defendant's reply was due on August 9, 2007.  Specifically, defendant requests that the deadline

for filing the reply be extended until August 23, 2007.   This is the defendant's first request for an

extension of this particular deadline.  Plaintiff, through his counsel, has graciously consented to

this extension.  The grounds for this motion are set forth below.

Defendant filed his motion for summary judgment on June 5, 2007.  Defendant's motion

addressed all of plaintiff's claims of discrimination and retaliation in connection with his former

employment at as an Assistant Special Agent in Charge of a regional office for HUD's Office of

Inspector General in Fort Worth, Texas.  With defendant's consent, after obtaining two

extensions which together extended his deadline for responding by nine days, plaintiff filed his

opposition on July 18, 2007.  Plaintiff's opposition contains 38 separate exhibits and identifies

177 supposed issues of material fact.  In part, the agency's efforts to assist with the reply are hampered by the fact that the attorney with the most extensive familiarity with the record and history of this case was called to active duty in the military after defendant's motion for summary judgment was filed.

The Assistant United States Attorney with daily responsibility for this matter has been unusually busy during the last several weeks due, in large part, to the press of business in a number of active cases on her docket.  Despite diligent efforts to prepare a reply under the current schedule, undersigned counsel was aware that more time was likely to be needed well in advance of the August 9, 2007 deadline, and contacted plaintiff's counsel promptly to discuss a reasonable extension.  After quickly reaching an agreeable extension of two weeks, undersigned counsel returned to working on other matters, and failed to prepare and file an extension prior to the deadline.  Undersigned counsel recognized the oversight on the morning of August 10, 2007 when reviewing her calendar, and apologizes to the Court for the mistake.  Among other things, undersigned counsel has been attending to various summary judgment motions and settlement discussions, a brief in the D.C. Circuit in <u>Billington v. Department of Justice</u>, Nos. 06-5421 & 07-5008, a reply in support of a motion for summary affirmance in <u>Hunter v. Rice</u>, No. 07-5163, and expert depositions in <u>Jones v. Gonzales</u>, Civil Action No. 04-941 (ESH).  In addition, undersigned counsel was recently assigned to respond, both in writing and at a hearing conducted on August 1, 2007, to a motion seeking contempt in <u>United States v. Alan R. Davis</u>, Criminal No. 04-464 (GK).  This unusual assignment combined with an existing heavy schedule and early consultation with plaintiff's counsel caused defendant's counsel to incorrectly believe that she had already filed a motion to extend the August 9, 2007 deadline in this case.

This motion is filed in good faith, and the Court has not yet scheduled any other proceedings in this case. Allowing defendant sufficient time to file a thorough reply serves the interests of justice and overall resolution of the matter.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing a reply in support of summary judgment be extended to and including August 23, 2007. A draft order consistent with the relief sought herein is attached.

Dated: August 10, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161