UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY,                )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br> ALPHONSO R. JACKSON, Secretary of )<br>   The United States Department of Housing )<br>    And Urban Development,    )<br>                              )<br>        Defendant.            )<br>_____) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of defendant's consent motion for an enlargement of time to file a reply in support of his motion for summary judgment, and for good cause shown, as well as excusable neglect with respect to the filing of the extension motion itself, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including August 23, 2007 to file a reply in support of defendant's motion for summary judgment.

_____                                   _____
Date                                                                        ROYCE C. LAMBERTH
                                                                                   United States District Judge


Copies to Counsel of Record Through ECF