UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO R. JACKSON, | )   Civil Action No. 05-1117 (RCL) |
| Secretary of The United States | ) |
| Department of Housing and Urban | ) |
| Development, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's consent motion [38] for enlargement of time to file a reply in support of his motion for summary judgment, and for good cause shown, as well as excusable neglect with respect to the filing of the extension motion itself, it is hereby

ORDERED, that defendant's motion is GRANTED; and it is further

ORDERED, that defendant shall have to and including August 23, 2007 to file a reply in support of defendant's motion for summary judgment.

SO ORDERED.

Signed by United States District Judge Royce Lamberth, August 20, 2007.