UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1117 (RCL) |
| ) | Electronic Case Filing |
| ALPHONSO R. JACKSON, Secretary of ) | |
| The United States Department of Housing ) | |
| And Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME AND MOTION TO EXCEED THE PAGE LIMIT

The defendant, Alphonso R. Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file his reply in support of summary judgment by one additional week. Defendant's reply was initially due on August 9, 2007, and the Court previously granted one extension to set the reply at August 23, 2007. Now, as a second extension, defendant requests that the deadline for filing the reply be extended until August 30, 2007. Plaintiff, through his counsel consents to this extension. Absent unforeseen circumstances, defendant's counsel does not currently anticipate that defendant will need any further extensions beyond that requested in this motion.

Defendant also moves for leave to file a reply brief containing up to 30 pages, which amounts to five pages over the 25-page limit set by the Court's local rule. Plaintiff, through his counsel, takes no position on the request to exceed the page limit. The grounds for these motions are set forth below.

Defendant filed his motion for summary judgment on June 5, 2007. Defendant's motion addressed all of plaintiff's claims of discrimination and retaliation in connection with his former employment at as an Assistant Special Agent in Charge of a regional office for HUD's Office of Inspector General in Fort Worth, Texas. With defendant's consent, after obtaining two extensions which together extended his deadline for responding by nine days, plaintiff filed his opposition on July 18, 2007. Plaintiff's 45-page opposition brief references 38 separate exhibits and identifies 177 supposed issues of material fact. Taken together, these materials (without the exhibits) consume 93 pages of text.

Defendant's counsel has been working diligently on a reply to plaintiff's opposition while juggling a number of other matters, including a recent re-assignment of an appellate brief within the U.S. Attorney's Office in a complex Title VII / Civil Service Reform Act case, Ikossi v. Winter, No. 05-5456. Preparing the Brief for Appellees has required considerable time during the last two weeks. In addition, the agency's efforts to assist with the reply have been hampered by the fact that the attorney with the most extensive familiarity with the record and history of this case was called to active duty in the military after defendant's motion for summary judgment was filed. As of the filing of this motion, defendant's reply brief is reasonably close to completion, but undersigned counsel needs to be finalize it, confer further with the agency, and have it reviewed internally before it can be filed.

Undersigned counsel is requesting an additional five pages beyond the ordinary 25-page limit to provide sufficient space to respond to all of plaintiff's arguments and factual assertions. Because plaintiff's submissions are somewhat more lengthy than the ordinary Title VII case, five extra pages to respond is reasonable. This motion is filed in good faith, and the Court has not yet

scheduled any other proceedings in this case.  Allowing defendant sufficient time to file a thorough reply serves the interests of justice and overall resolution of the matter.

WHEREFORE, based on the foregoing, the defendant respectfully requests (1) that the time for filing a reply in support of summary judgment be extended to and including August 30, 2007; and (2) that the Court allow defendant to file a reply brief of up to thirty (30) pages.  A draft order consistent with the relief sought herein is attached.

Dated: August 23, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161