UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>ALPHONSO R. JACKSON, Secretary of )<br>　The United States Department of Housing )<br>　And Urban Development, )<br>)<br>　　　　Defendant. )<br>_____ ) | Civil Action No. 05-1117 (RCL)<br>Electronic Case Filing |

## **O R D E R**

UPON CONSIDERATION of defendant's consent motion for an enlargement of time to file a reply in support of his motion for summary judgment and motion to exceed the page limit by five pages, and for good cause shown, it is hereby

**ORDERED** that defendant's motions are **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including August 30, 2007 to file a reply in support of defendant's motion for summary judgment, and the reply brief may contain up to thirty pages of text.

_____                    _____
Date                                                              ROYCE C. LAMBERTH
                                                                      United States District Judge

Copies to Counsel of Record Through ECF