UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO R. JACKSON, ) | Civil Action No. 05-1117 (RCL) |
| Secretary of The United States ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's consent motion [40] to enlarge time, and the entire record in this matter, it is hereby

ORDERED that defendant's motion [40] is GRANTED; and it is further

ORDERED that defendant shall have to and including August 30, 2007 to file a reply in support of his motion for summary judgment, and the reply brief may contain up to thirty pages of text.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 23, 2007.