```
1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2

3
                                    COPY
4   JAMES MALLOY,            )
                             )
5        Plaintiff,          )
                             )
6   V.                       )    Civ. Action No. 05-1117(RCL)
                             )
7   ALPHONSO R. JACKSON,     )
     Secretary of Housing and)
8    Urban Development,      )
                             )
9        Defendant.          )
    _____)
10

11       Deposition of R. Joseph Haban, taken on behalf of

12  the Plaintiff, pursuant to Notice of Taking Deposition in

13  the above-entitled action, on the 5th day of March, 2007,

14  at 9:30 a.m., at the offices of Hedquist & Associates,

15  345 East Forsyth Street, Jacksonville, Florida, before

16  Mary Ann Beck, Court Reporter and Notary Public in and

17  for the State of Florida at Large.

18                          - - -

19

20

21

22

23

24

25
```