Page 1

1   UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF COLUMBIA
3   - - - - - - - - - - - - - -X
4   JAMES MALLOY,                    :          COPY
5            Plaintiff                :
6       v.                            : No. 04-1117(RJL)
7                                     :
8   ALPHONSO R. JACKSON,             :
9            Defendant                :
10  - - - - - - - - - - - - - -X
11              DEPOSITION OF DANIEL SALAS
12                    Washington, D.C.
13                 Thursday, August 10, 2006
14         Deposition of DANIEL SALAS, called for
15  examination at 1:12 p.m., at the law offices of Robert
16  C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite
17  305, Washington, D.C., before Gary S. Howard, a notary
18  public in and for the District of Columbia, when were
19  present on behalf of the respective parties:
20
21
22