```
                                                         Page 1
 1           UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - -X

 4    JAMES MALLOY,                    :

 5             Plaintiff               :

 6        v.                           : No. 04-1117(RJL)

 7                                     :

 8    ALPHONSO R. JACKSON,             :

 9             Defendant               :

10    - - - - - - - - - - - - - -X

11              DEPOSITION OF JOHN ROBINSON

12                        Washington, D.C.

13                        Friday, August 11, 2006

14        Deposition of JOHN ROBINSON, called for

15  examination at 11:15 a.m., at the law offices of Robert

16  C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

17  305, Washington, D.C., before Gary S. Howard, a notary

18  public in and for the District of Columbia, when were

19  present on behalf of the respective parties:

20

21

22
```

1           Yes. Okay. So at the bottom of this, it
2    indicates that Truxal was requested to provide any
3    official government ledgers, notes and diaries that
4    he maintained.
5        A    Yes.
6        Q    That would be pertinent to the ongoing
7    investigation relating to Chapman.
8        A    Yes.
9        Q    It states here that Truxal, quote,
10   unquote, snickered, and then stated that he would
11   not share his calendars or diaries, end quote.
12           Is that how you remember Mr. Truxal
13   responding?
14       A    Yes, at the time, and that's why I think
15   I put those little adjectives in there because he,
16   in a very joking way, he snickered and I suppose an
17   air of sarcasm could be taken that, no, he wouldn't
18   do it.
19           It was like he was surprised that I would
20   ask him to, even ask him for those things and
21   whatnot.
22           He refused.

```
 1      Q      Okay. And did he ever give you those

 2   documents before your investigation concluded?

 3      A      To the best of my recollection, like I

 4   said, we interviewed --

 5      Q      Just so you know, the list of exhibits,

 6   if that will help at all, is on there as well.

 7   I don't know if it will or not. I just wanted to

 8   tell you.

 9              It's been a while.

10              (Pause.)

11              I think you went right by it. It's the

12   third page. It's the page after the one you're

13   looking at.

14              (Pause.)

15              There you go.

16              (Pause.)

17      A      Like I said, we interviewed him at a

18   second time.

19      Q      Right.

20      A      At that time, I don't remember all the

21   specifics, but he did -- I remember he did come to

22   the interview with -- he decided to, at a later
```

1    time, bring the diaries that we initially had asked
2    for the first day.
3         However -- I'm trying to recall. I don't
4    believe we actually took them.
5    Q    Okay. If you had taken them, the standard
6    practice would be to list them in the exhibits?
7    A    Yes. Yes, I would have. But at that stage
8    of the game, it didn't -- in terms of being a
9    spontaneous evidence thing for me, I believe it
10   didn't seem all that important.
11   Q    Why was that?
12   A    Because, as an investigator, notes and
13   whatnot, as I would give you my folder here right
14   now and you say, what's in it, I say, sure, review
15   it.
16        There's a big difference, as opposed to
17   somebody showing up a month or two later and
18   saying, oh, here's my diary and whatnot.
19   Q    Right.
20   A    The chances of losing pages -- as a
21   matter of fact, I believe Mr. Truxal says that he
22   removed certain things that he didn't think were