## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1117 (RCL) |
| | ) Electronic Case Filing |
| ALPHONSO R. JACKSON, Secretary of | ) |
| The United States Department of Housing | ) |
| And Urban Development, | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |

## DEFENDANT'S NOTICE OF SERVICE

Defendant's reply in support of summary judgment references certain material both in the text and Exhibits 27 and 28 which are covered by the protective order in this case and should not be placed on the public record. Accordingly, on the evening of August 30, 2007, Defendant is filing a redacted copy of the reply on the Court's Electronic Court Filing system, and respectfully gives notice that a complete and unredacted copy of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is being served on plaintiff's counsel by first-class United States mail simultaneously. A complete copy will also be delivered to chambers on August 31, 2007.

Dated: August 30, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161