UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO R. JACKSON, ) | Civil Action No. 05-1117 (RCL) |
|    Secretary of The United States ) | |
|    Department of Housing and Urban ) | |
|    Development, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Motion [29] for Summary Judgment, plaintiff's opposition thereto, defendant's reply, and the entire record in this matter, it is hereby

ORDERED that defendant's motion [29] be, and is hereby, DENIED. There are genuine issues of disputed facts which are material and which require resolution at trial. The Clerk shall schedule a status conference, at which dates for pretrial and trial will be set.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 31, 2008.