# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1117 (RCL) |
| ) | |
| ALPHONSO JACKSON, Secretary of ) | |
| The United States Department of Housing ) | |
| And Urban Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: July 14, 2008                Respectfully submitted,

                    /S/
                    John C. Truong, D.C. Bar # 465901
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 307-0406
                    (202) 514-8780 (fax)
                    john.truong@usdoj.gov