UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>STEVEN C. PRESTON, Secretary of )<br>  The United States Department of Housing )<br>   And Urban Development, )<br>)<br>      Defendant. )<br>                                          ) | Civil Action No. 05-1117 (RCL) |

**DEFENDANT'S MOTION TO ALLOW THE MAIN WITNESS
TO TESTIFY OUTSIDE THE TRIAL PERIOD**

     Pursuant to Fed. R. Civ. P. 7(b), Defendant Department of Housing and Urban Development, Office of Inspector General ("HUD OIG") respectfully requests that the Court allow Mr. Joseph Haban, a former government employee, to testify at trial in person on a date after August 30, 2008. The parties conferred and Plaintiff opposes this Motion.

     There is good cause for the Court to grant this Motion. In this Title VII case, Plaintiff alleges that Mr. Haban retaliated against Plaintiff for opposing certain discriminatory practices within HUD OIG. Specifically, Plaintiff alleges that Mr. Haban, the former Assistant Inspector General for Investigations of HUD OIG, placed him on administrative leave and subsequently removed him from his supervisory position as a form of retaliation. It was Mr. Haban's decisions that formed the basis of Plaintiff's Title VII claims.

     Mr. Haban retired from the agency on October 31, 2006, and is currently living in Jessup, Georgia. His testimony at trial is essential to Defendant's defense to explain that Plaintiff was placed on administrative leave and removed as a supervisor because Plaintiff failed

to cooperate in an on-going, internal investigation and he attempted to obstruct the investigation by telling his subordinates not to cooperate with the investigators.

The Court has set a trial date beginning on August 25, 2008. However, Defendant recently learned that Mr. Haban and his wife will be out of town on an international cruise beginning on August 23, and will not return to the United States until August 30. The cruise costs $1,800 and it is non-refundable. See Exh A (Mr. Haban's travel itinerary).

In light of Mr. Haban's unavailability to testify in person when trial begins on August 25, 2008, the Court should allow Mr. Haban to testify on a date after his return. Rule 43(a) of the Rules of Civil Procedure requires that, at trial, a witness's testimony "must be taken in open court" unless otherwise provided by the Federal Rules of Evidence or other rules adopted by the Supreme Court. See Fed. R. Civ. P. 43(a) (stating that "[a]t trial, the witnesses' testimony **must be taken in open court** unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court.") (emphasis added). Furthermore, there is no apparent prejudice to Plaintiff for Mr. Haban to testify in open court after August 30, 2008. On the other hand, without Mr. Haban's testimony, Defendant's case in chief will be unduly prejudiced because it would not have the benefit of an in-court testimony of a witness whose decisions formed the basis of Plaintiff's claims. Furthermore, it is essential for Defendant to have Mr. Haban explain to the Court – as a fact finder in this a bench trial – the legitimate, non-retaliatory rationale behind his decisions.

Under these circumstances and consistent with the law, Defendant requests that the Court allow Mr. Haban to testify at trial after his return to the United States.

Dated: July 23, 2008.                                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary of )<br>  The United States Department of Housing )<br>   And Urban Development, )<br>)<br>       Defendant. )<br>_____) | Civil Action No. 05-1117 (RCL) |

## ORDER

Upon consideration of Defendant's Motion to Allow The Main Witness to Testify Outside The Trial Period, Plaintiff's Opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion to Allow The Main Witness to Testify Outside The Trial Period be and is hereby GRANTED; and it is

FURTHER ORDERED that the parties shall confer and propose a date after August 30, 2008, for Mr. Joseph Haban to testify.

SO ORDERED.

_____
Chief Judge Royce C. Lamberth