# Carnival Cruise Lines

3655 Northwest 87th Avenue, Miami, Florida 33178-2428  1-800-CARNIVAL (227-6482)

**BOOKING:** 1Z2L08
**SAILING:** CARNIVAL GLORY 08/23/08 (7 DAY)
**CABIN:** 6364    **CATEGORY:** 8A

**GUEST:** RUDOLPH    (912) 588-9970
RUDOLPH HABAN
357 MEMORIAL DR
JESUP, GA  31545

Dining on Request: 05:45 PM

**GUEST CONFIRMATION**
as of 06/10/08

| GUEST | DEPARTING | NOTE |
|---|---|---|
| MR RUDOLPH J HABAN<br>MRS EDRA HABAN | CRUISE ONLY<br>CRUISE ONLY | |

### IMPORTANT
- See brochure or Things to Know Before You Cruise for Important Policies, i.e. minors, pregnancy, infants, etc. Ages of guests will be verified at the time of embarkation. Any guest determined to be in violation of these policies will be denied boarding, and NO REFUND WILL BE ISSUED. No exceptions are made to these policies.
- It is mandatory that guests with any medical or physical special requirements, contact the Reservations Sales Department.

### ADDITIONAL NOTES
- FARE: CRUISE ONLY PROMOTIONAL RATE
- Service charges will be applied for changes made within 60 days of sailing.
- We highly recommend that all Guests purchase our Vacation Protection Plan.
- Cancellations made after 6/08/08 will be assessed appropriate penalties.
- Please review the General Information Section of the brochure for Passport Data, Vacation Protection Plan coverage and cancellation policies.
- Guests are prohibited from bringing alcoholic beverages onboard the ship while docked in the port of embarkation.
- Please refer to the "Welcome Aboard Carnival Cruise Lines' Guest Information Letter".
- Please note: any occupancy changes may require a cabin change, subject to availability.

Dining on Request: Requested times are not guaranteed. A confirmed dining time will be given at embarkation.

### IMPORTANT NOTES FOR PASSPORT REQUIREMENTS
- Please visit WWW.CARNIVAL.COM for passport requirements for air and cruise travel.

### ITEMIZED CHARGES

| | | |
|---|---|---|
| Cruise Fare | $ | 1539.04 |
| Add-on Amount | $ | 0.00 |
| Credit/Coupon | $ | 0.00 |
| Vac Prot | $ | 0.00 |
| Tour Package | $ | 0.00 |
| Prepaid Gratuities | $ | 0.00 |
| Transfers | $ | 0.00 |
| Administration Fees | $ | 0.00 |
| Deviation Fees | $ | 0.00 |
| Airport Fees | $ | 0.00 |
| Federal Taxes/Fees | $ | 170.44 |
| Fuel Supplement | $ | 98.00 |
| **Amount Due** | **$** | **1807.48** |
| Payments Received | $ | 1807.48 |
| Balance Due | $ | 0.00 |

Final Payment Date : 06/10/08
And Time        4:31PM EST

Rates are subject to change at any time.

### 7 Day Western Caribbean Itinerary

| DAY | PORT | ARRIVE | DEPART |
|---|---|---|---|
| SAT. | PORT CANAVERAL (ORLANDO), FL | | 4:00 PM |
| SUN. | FUN DAY AT SEA | | |
| MON. | COZUMEL, MEXICO | 10:00 AM | 6:00 PM |
| TUE. | BELIZE | 8:00 AM | 5:00 PM |
| WED. | ROATAN ISLAND, HONDURAS | 8:00 AM | 3:00 PM |
| THU. | FUN DAY AT SEA | | |
| FRI. | FREEPORT, BAHAMAS | 10:00 AM | 6:00 PM |
| SAT. | PORT CANAVERAL (ORLANDO), FL | 7:00 AM | |

Gov. Exh. A