UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, )<br>)<br>          Plaintiff, )<br>)<br>    v. )<br>)<br>STEVEN C. PRESTION, Secretary of )<br>   The United States Department of Housing )<br>    And Urban Development, )<br>)<br>          Defendant. )<br>) | Civil Action No. 05-1117 (RCL) |

**NOTICE OF APPEARANCE**

      The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendant in the above-captioned action.

Dated: August 4, 2008                    Respectfully submitted,

                                                /s/
                                      ROBIN M. MERIWEATHER, Bar # 490114
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7198