**ATTACHMENT A**

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MALLOY,                      )
                                   )
        Plaintiff,                 )
                                   )
V.                                 )   Civ. Action No. 05-1117(RCL)
                                   )
ALPHONSO R. JACKSON,               )
  Secretary of Housing and         )
  Urban Development,               )
                                   )
        Defendant.                 )
_____)

    Deposition of R. Joseph Haban, taken on behalf of the Plaintiff, pursuant to Notice of Taking Deposition in the above-entitled action, on the 5th day of March, 2007, at 9:30 a.m., at the offices of Hedquist & Associates, 345 East Forsyth Street, Jacksonville, Florida, before Mary Ann Beck, Court Reporter and Notary Public in and for the State of Florida at Large.

                    - - -

```
 1                    A P P E A R A N C E S

 2

 3

 4  On Behalf of the Plaintiff:

 5  ROBERT C. SELDON, ESQ.

 6  Robert C. Seldon & Associates, P.C.
    1319 F Street, N.W., Suite 305
 7  Washington, D.C.   20004

 8  On Behalf of the Defendant:

 9  JANE M. LYONS, D.C.

10  Assistant U. S. Attorney
    Civil Division
11  555 Fourth Street N.W.
    Room E4822
12  Fourth Floor
    Washington, D.C.   20530
13

14  ALSO PRESENT:

15  RICHARD K. JOHNSON, ESQ.
    Deputy Counsel to the Inspector General
16
    U. S. Department of Housing and Urban Development
17  Office of Inspector General
    Room 8260
18  451 7th Street, S.W.
    Washington D.C.   20410-4500
19

20  ARIYA McGREW, ESQ,
    HUD Office of General Counsel
21
    451 7th Street S.W.
22  Room 10170
    Washington D.C.   20410
23

24

25                          - - -
```

```
 1                        I N D E X

 2

 3

 4 WITNESS                                        PAGE NO.

 5 R. Joseph Haban

 6

 7        Direct Examination by Mr. Seldon...............6

 8        Cross Examination by Ms. Lyons................97

 9        Redirect Examination by Mr. Seldon...........109

10        Recross Examination by Ms. Lyons.............126

11        Further Redirect Examination by Mr. Seldon....127

12

13                     E X H I B I T S

14

15 Haban's Exhibit No. 1........7    Haban's Exhibit No. 10....57

16 Haban's Exhibit No. 2.......11    Haban's Exhibit No. 11....60

17 Haban's Exhibit No. 3.......16    Haban's Exhibit No. 12....62

18 Haban's Exhibit No. 4.......18    Haban's Exhibit No. 13....69

19 Haban's Exhibit No. 5.......22    Haban's Exhibit No. 14....71

20 Haban's Exhibit No. 6.......30    Haban's Exhibit No. 15....76

21 Haban's Exhibit No. 7.......42    Haban's Exhibit No. 16....80

22 Haban's Exhibit No. 8.......52    Haban's Exhibit No. 17....95

23 Haban's Exhibit No. 9.......56

24

25
```