```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   Civ. Action No. 05-1117 (RCL) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
|   Secretary Of Housing And | ) |
|   Urban Development, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion to Allow the Main Witness to Testify Outside of the Trial Period, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this _____ day of _____, 2008.

```
                              _____
                              HON. ROYCE C. LAMBERTH
                              CHIEF UNITED STATES DISTRICT JUDGE
                              FOR THE DISTRICT OF COLUMBIA
```

1