# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES MALLOY,

　　　　Plaintiff,

　　v.　　　　　　　　　　　Case No. 05-1117 (RCL)

STEPHEN C. PRESTON,
Secretary of the U.S. Dept. of
Housing and Urban Development,

　　　　Defendant.

## AFFIDAVIT OF RICHARD K. JOHNSON, ESQ.

I, Richard K. Johnson, Esq., hereby declare and state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my knowledge:

1. I am the Deputy Counsel to the Inspector General for the U.S. Department of Housing and Urban Development (HUD-OIG). I have served in this capacity at all times relevant to this litigation.

2. In my capacity as Deputy Counsel, I met personally with former Assistant Inspector General for Investigations (AIGI) R. Joseph Haban on one or more occasions to prepare him in to be deposed in his official capacity in connection with this matter.

3. By notice served on February 7, 2007, Counsel for Plaintiff, Mr. Robert C. Seldon, Esq. of Robert C. Seldon and Associates, noticed the depositions of Mr. Haban and Deputy Inspector General Michael Stephens. *See* Attachment 1.



GOVERNMENT
EXHIBIT
2

-1-

4. By a February 22, 2007 e-mail to me and to former defense counsel of record Assistant United States Attorney Jane Lyons, Esq., Mr. Seldon stated that Mr. Stephens' deposition would be videotaped. *See* Attachment 2.

5. In response to Mr. Seldon's February 22, 2007 e-mail informing defense counsel that Mr. Stephens' deposition would be taped, I e-mailed Mr. Seldon the same day to ask if he had "a particular reason" for videotaping the deposition. *Id.* Mr. Seldon responded by e-mail the same day to state only that "[t]he rules have been changed and allow for videotaping depositions without cause needing to be shown." *Id.* Mr. Seldon subsequently notified me that Mr. Haban's deposition would also be videotaped.

6. Mr. Seldon conducted a videotaped deposition of Mr. Haban on March 5, 2007. I observed the deposition on behalf of HUD-OIG. HUD Attorney-Advisor Ariya McGrew observed the deposition on behalf of HUD Secretary Alphonso Jackson, the named defendant (now replaced by current HUD Secretary Stephen C. Preston). Ms. Lyons attended and participated in the deposition as defense counsel of record.

7. The attendance of three government attorneys at Mr. Haban's deposition was unrelated to any concerns regarding Mr. Haban's later availability at trial.

8. In my experience, it is common for depositions of HUD-OIG employees in connection with EEO litigation to be attended by multiple attorneys. The Assistant United States Attorney attends as counsel of record; one attorney often attends on behalf of the HUD Secretary, and one attorney often attends on behalf of HUD-OIG management.

2

I declare under the penalty of perjury that the foregoing is true and correct.

Date: August 12, 2008

*[signature: Richard Johnson]*

RICHARD K. JOHNSON, ESQ.
Deputy Counsel
Office of Inspector General
U.S. Department of Housing and Urban Development

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 05-1117 (RCL) |
| ALPHONSO R. JACKSON, ) <br> Secretary Of Housing And ) <br> Urban Development, ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition upon oral examination of the following persons by videotape before a Notary Public or other person authorized to administer oaths at the locations and on the dates and times specified below:

| Deponent | Date | Time |
|---|---|---|
| R. Joseph Haban | March 5, 2007 | 9:30 AM |

Office of the U.S. Attorney for Jacksonville, Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202-4270

| | | |
|---|---|---|
| Michael Stephens | March 6, 2007 | 3:00 PM |

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004

*Attachment 1*

1

Counsel for defendant is invited to attend and cross-examine.

Respectfully submitted,

By: /s/ 
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
(202) 955-6968

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2007, I served a copy of the foregoing NOTICE OF DEPOSITION (Haban Stephens) upon defendant's counsel, by hand as follows:

AUSA Jane Lyons
Office of the U.S. Attorney
Civil Division
501 Third Street, N.W.
Fourth Floor
Washington, D.C. 20530

Robert C. Seldon

2

Richard Johnson/WHQ/HUDOIG
02/22/2007 10:42 AM

To "Robert C. Seldon, Esq" <rcs@rcseldon-associates.com>
cc jane.lyons@usdoj.gov, Ariya McGrew/OGC/HHQ/HUD@HUD
bcc BSaddler@hudoig.gov@HUDOIG
Subject Re: Malloy v. Jackson

I've noted the time on his calendar.

Is there a particular reason for videotaping his deposition?

Richard Johnson
Deputy Counsel to the Inspector General
Room 8260, 451 7th Street, S.W.
Washington DC 20410-4500
Tele: 202-708-1613
Fax: 202-401-3778
Cell: 202-441-3801

"Robert C. Seldon, Esq" <rcs@rcseldon-associates.com>



"Robert C. Seldon, Esq"
<rcs@rcseldon-associates.com>
02/22/2007 09:55 AM

To "Jane Lyons" <jane.lyons@usdoj.gov>, "Rick Johnson" <rjohnson1@hudoig.gov>
cc
Subject Malloy v. Jackson

Jane and Rick -- Because Mr. Stephens' deposition is going to be videotaped, I won't be able to be flexible with scheduling. We are going to have to begin promptly on Tuesday March 6th at 3 PM in my office. If Mr. Malloy's deposition is not completed by then, we will have to adjourn and resume it the following morning.

Regards,

Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com

*Attachment 2*



**"Robert C. Seldon, Esq"**
<rcs@rcseldon-associates.com>

02/22/2007 10:54 AM

To <RJohnson1@hudoig.gov>
cc "Jane Lyons" <jane.lyons@usdoj.gov>
bcc
Subject RE: Malloy v. Jackson

History: 　　This message has been forwarded.

Rick -- The rules have been changed and allow for videotaping depositions without cause needing to be shown.

Regards,

Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com



"Robert C. Seldon, Esq" &lt;rcs@rcseldon-associates.com&gt;

02/26/2007 11:04 AM

To "Jane Lyons" &lt;jane.lyons@usdoj.gov&gt;, "Rick Johnson" &lt;rjohnson1@hudoig.gov&gt;
cc
bcc
Subject New location from Haban deposition -- Attachment included

History: 🔄 This message has been replied to and forwarded.

Jane and Rick -- Here is the Amended Notice of Deposition for Haban. The time and date are the same; the location has been changed.

Let Mr. Haban know the change.

Regards,

Robert C. Seldon, Esq.

Robert C. Seldon & Associates, P.C.
Attorneys-At-Law
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
phone: (202) 955-6968 ext. 113
fax: (202) 318-2287

e-mail: rcs@rcseldon-associates.com


Amended Nt Dep Haban.pdf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MALLOY, )
)
Plaintiff, )
)
v. ) Civ. Action No. 05-1117 (RCL)
)
ALPHONSO R. JACKSON, )
Secretary Of Housing And )
Urban Development, )
)
Defendant. )
_____ )

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition upon oral examination of the following person by videotape before a Notary Public or other person authorized to administer oaths at the locations and on the dates and times specified below:

| Deponent | Date | Time |
|---|---|---|
| R. Joseph Haban | March 5, 2007 | 9:30 AM |

Headquist & Associates, Inc.
354 East Forsythe Street
Jacksonville, FL  32202
800-436-4462

1

Counsel for defendant is invited to attend and cross-examine.

Respectfully submitted,

By: _____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
(202) 955-6968

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, I served a copy of the foregoing AMENDED NOTICE OF DEPOSITION (Haban) upon defendant's counsel, electronically and by first class mail, postage pre-paid, as follows:

AUSA Jane Lyons
Office of the U.S. Attorney
Civil Division
501 Third Street, N.W.
Fourth Floor
Washington, D.C. 20530

Richard Johnson, Esq.
Office of Counsel
Office of Inspector General
Department of Housing and Urban Development
451 Seventh Street, SW
Washington, D.C. 20410

_____
Robert C. Seldon