UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
|        Plaintiff, | ) |
|    v. | ) Civil Action No. 05-1117 (RCL) |
| | ) Electronic Case Filing |
| STEPHEN C. PRESTON, Secretary of | ) |
|   The United States Department of Housing | ) |
|   And Urban Development, | ) |
|        Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED
TRIAL EXHIBITS**

| **Plaintiff's Proposed Exhibits** | **Defendant's Objection** |
|---|---|
| No. 1 | Hearsay, irrelevant |
| No. 2 | Hearsay, irrelevant |
| No. 3 | Irrelevant |
| No. 4 | Hearsay |
| No. 5 | Irrelevant |
| No. 6 | Hearsay |
| No. 7 | No objection |
| No. 8 | No objection |
| No. 9 | No objection |
| No. 10 | No objection |
| No.11 | Hearsay, irrelevant |
| No. 12 | No objection |

| | |
|---|---|
| No. 13 | Hearsay |
| No. 14 | Hearsay, incomplete transcript |
| No. 15 | Hearsay, incomplete transcript |
| No. 16 | No objection |
| No. 17 | Hearsay |
| No. 18 | No objection |
| No. 19 - No. 30 | Hearsay |
| No. 31 | Objection reserved.  HUD OIG investigative materials pertaining to James Malloy is voluminous. It is unclear what specific documents from the report that Plaintiff intends to introduce as trial exhibits and, therefore, Defendant cannot properly object to this proposed trial exhibit at this time. |
| No. 32 | Hearsay |
| No. 33 | Objection reserved.  HUD OIG investigative material pertaining to Larry Chapman is voluminous. It is unclear what specific documents from the report that Plaintiff intends to introduce as trial exhibits and, therefore, Defendant cannot properly object to this proposed trial exhibit at this time. |
| No. 34 | Irrelevant, hearsay |
| No. 35 | Hearsay |
| No. 36 | No objection |
| No. 37 | No objection |
| No. 38 | No. objection |
| No. 39 | Hearsay |
| No. 40 | No objection |

| | |
|---|---|
| No. 41 | No objection |
| No. 42 | Irrelevant, undue prejudice |
| No. 43 | No objection |
| No. 44 | Hearsay |
| No. 45 | Irrelevant, undue prejudice |
| No. 46 | Hearsay |

Dated: August 13, 2008         Respectfully submitted,

    //s//
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    //s//
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    //s//
JOHN C. TRUONG, D.C. BAR # 465901
ROBIN M. MERIWEATHER, D.C. BAR #490114
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4206
Washington, D.C.  20530
(202) 307-0406