## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MALLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1117 (RCL) |
| | ) |
| STEVEN C. PRESTION, Secretary of | ) |
| The United States Department of Housing | ) |
| And Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for Defendant in the above-captioned action.

Dated: August 14, 2008                    Respectfully submitted,

                                          /s/
                                          CINDY S. OWENS, D.C. BAR # 491465
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          202-616-2257/ FAX 202-514-8780