UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES MALLOY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1117 (RCL) |
| | ) | |
| **STEPHEN C. PRESTON,** | ) | |
|     Secretary of the U.S. Dept. Of | ) | |
|     Housing and Urban Development | ) | |
| | ) | |
| Defendant. | ) | |

### PRETRIAL ORDER

Upon consideration of the parties' Joint Pretrial Statement [49] and the representations of counsel in the pretrial conference on August 14, 2008, it is hereby:

ORDERED that the bench trial is set for August 25, 2008 at 10:00 AM, and will continue at 10:00 AM on August 26, 2008 and August 27, 2008; and it is further

ORDERED that after the initial trial dates of August 25-27, 2008, the trial will continue on September 3, 2008 at 11:00 AM in order to allow a key witness, Mr. Joseph Haban, to return from an international trip to testify at trial in person. Witness Tammy Gilbert may also testify on that day if she is unable to testify during the August 25-27, 2008 trial dates due to health issues; and it is further

ORDERED that since alternate accommodations have been made to continue the trial on September 3, 2008, in order to allow Mr. Haban to testify at trial, Defendant's Motion to Allow the Main Witness to Testify Outside the Trial Period [47] is hereby GRANTED, and Defendant shall pay reasonable travel expenses for Plaintiff's return trip; and it is further

ORDERED that Counsel are limited to calling witnesses from those persons whose

names were presented to the Court as potential witnesses at the pretrial conference.

Counsel shall produce evidence as indicated in their Joint Pretrial Statement.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, August 15, 2008.